IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL WILLIAMSON,
    et al.,

        Plaintiffs,

vs.

        Case No. C2-06-292
        Judge Edmund A. Sargus, Jr.
        Magistrate Judge Terence P. Kemp

RECOVERY LIMITED
    PARTNERSHIP,
    et al.,

        Defendants.

## ORDER

For purposes of docket administration, the Court memorializes the following with respect to the following Motions:

| Document Number | Motion | Disposition |
| --- | --- | --- |
| 6 | Motion to Seal Case | Denied by Order of May 5, 2006 and by oral Order of June 8, 2006 |
| 9 | Motion for Preliminary Injunction | Denied as moot in light of parties' settlement |
| 24 | Motion for Leave to Intervene and to Unseal Dockets (by Forbes, Inc.) | Denied as moot in light of Orders denying Motions to Seal |
| 25 | Motion to Dismiss | Denied as moot in light of parties' settlement |
| 28 | Cross Motion for Preliminary Injunction | Denied as moot in light of parties' settlement |

| | | |
|---|---|---|
| 30 | Motion for Leave to File Sur-Reply | Denied as moot |
| 34 | Motion to Strike and/or Dismiss Cross Claim | Denied as moot in light of parties' settlement |
| 55 | Motion to Strike (Gilman Affidavit) | Denied as moot in light of June 8, 2006 Order denying Motion to Seal Affidavit |
| 63 | Motion for Extension of Time | Denied as moot in light of parties' settlement |
| 69 | Motion to Dismiss (Cullman) | Denied as moot in light of parties' settlement |
| 74 | Motion for Attorneys' Fees | Denied without prejudice |
| 81 | Motion to Dismiss | Denied as moot in light of parties' settlement |
| 82 | Motion for Preliminary Injunction | Denied as moot in light of parties' settlement |
| 83 | Motion for Extension of Time | Denied as moot |
| 96 | Motion for Extension of Time (related to service) | Denied as moot in light of executed summonses (docs. #97 & #98) |

The Clerk is directed to remove the preceding documents from the Court's pending motions list.

**IT IS SO ORDERED.**

_3-15-2007_
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**