## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MICHAEL WILLIAMSON,**
        **et al.,**

                **Plaintiffs,**

                                                **Case No. C2-06-292**
        **vs.**                                 **Judge Edmund A. Sargus, Jr.**
                                                **Magistrate Judge Terence P. Kemp**

**RECOVERY LIMITED**
    **PARTNERSHIP,**
        **et al.,**

                **Defendants.**

### ORDER

On April 8, 2007, Defendants filed a Motion for a 90-Day Stay for Medical Reasons.  (Doc.

#190.)  As the time for which Defendants sought a stay has now expired, the Motion is **DENIED**

**AS MOOT**.

        **IT IS SO ORDERED.**


_____8-29-2007_____                        _____
**DATED**                                   **EDMUND A. SARGUS, JR.**
                                           **UNITED STATES DISTRICT JUDGE**