IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL WILLIAMSON,
    et al.,

        Plaintiffs,

vs.

RECOVERY LIMITED
    PARTNERSHIP,
    et al.,

        Defendants.

Case No. C2-06-292
Judge Edmund A. Sargus, Jr.
Magistrate Judge Terence P. Kemp

## DOCKET ADMINISTRATION ORDER

For purposes of docket administration, the Court determines the following with respect to several of the parties' pending motions:

| Document No. | Caption | Disposition | Rationale |
|---|---|---|---|
| Doc. #239 | Motion for Reconsideration for 90-Day Stay Due to Medical Reasons | Denied without prejudice | Defendants may re-file the motion for consideration after resolution of the matters which are the subject of the parties' motions for damages and to enforce settlement |

| | | | |
|---|---|---|---|
| Doc. #246 | Motion to permit sealed filing of testimony of Gilman Kirk, Jr. & W. Arthur Cullman, Jr. | Denied without prejudice | These individuals have been identified as witnesses for the hearing involving the parties' motions for damages and to enforce settlement; their testimony from February, 2006 presumably is duplicative of the their anticipated testimony for the upcoming hearing.[1] |
| Doc. #312 | Motion for Protective Order | Denied as Moot | Resolved by Order of 7/31/08 (Doc. #314) and agreement of the parties |
| Doc. #326 | Motion to Compel | Denied as Moot | Resolved by agreement of the parties on the record during telephonic status conferences |
| Doc. #328 | Motion to Compel | Denied as Moot | Resolved by agreement of the parties on the record during telephonic status conferences |

**IT IS SO ORDERED.**

9-25-2008
**DATED**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**

---

[1]  Defendants may obtain the deposition transcripts from Chambers. Should they so desire, Defendants may move the Court following the hearing for introduction of the 2006 deposition transcripts as evidence to support their motion.

-2-