IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL WILLIAMSON,
et al.,

    Plaintiffs,

vs.

Case No. C2-06-292
Judge Edmund A. Sargus, Jr.
Magistrate Judge Terence P. Kemp

RECOVERY LIMITED
PARTNERSHIP,
et al.,

    Defendants.

## DOCKET ADMINISTRATION ORDER

For purposes of docket administration, Defendants' Motion for Settlement Enforcement (Doc. # 236) and Plaintiffs' Motion for Damages for Defendants' Violation of Court Orders (Doc. #254) will be terminated. The Court will reactivate these Motions following the upcoming hearing on the merits, unless the parties request that they be permitted to file separate, post-hearing briefs with reference to evidence submitted therein.

The Court hereby provides notice to counsel that it is engaged in a trial, which will extend through mid-October. The hearing on these Motions, currently scheduled for October 6, 2008, must, therefore, be rescheduled. Counsel are directed to confer, and to coordinate with the Court to reschedule the hearing for a date during the week of October 20 or 27, 2008.

**IT IS SO ORDERED.**

9-29-2008
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE