IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL H. WILLIAMSON, et al.,
    Plaintiffs,

v.

RECOVERY LIMITED PARTNERSHIP, et al.,
    Defendants.

CASE NO. C2-06-292
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

This matter is before the Court for consideration of the motion filed by The Dispatch Printing Company and Donald C. Fanta, Plaintiffs herein, for additional attorneys fees and expenses. For the reasons that follow, the motion is DENIED without prejudice to refiling.

On September 24, 2009, this Court entered an order of civil contempt against the Defendants. As a part of the order, the Defendants were ordered to pay to the movant's fees for services provided by attorneys and accountants. The Defendants have filed an appeal, which is now pending.

In this motion, movants seek to recover the fees incurred in prosecuting the civil contempt proceeding. Because the civil contempt order is on appeal, this Court declines to consider additional fees until such time as a final decision is reached by the Court of Appeals.

For these reasons, the Motion of Plaintiffs The Dispatch Printing Company and Donald C. Fanta for Attorney Fees and Expenses (496) is **DENIED WITHOUT PREJUDICE** subject to reconsideration after the appeal is finalized.

**IT IS SO ORDERED.**

9-24-2010
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE