IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL E. WILLIAMSON, et al.,

    Plaintiffs,

v.

RECOVERY LIMITED PARTNERSHIP, et al.,

    Defendants.

Case No. 2:06-cv-292
Judge Sargus
Magistrate Judge Kemp

## ORDER

Presently before the Court are the Entity Defendants' motion to disqualify Michael Frevola (Doc. 621) and the motion to withdraw as counsel of Rex Elliot and Charles Cooper (Doc. 624).

During today's telephone conference, the Entity Defendants requested that Document 621 be withdrawn in light of the Court's Opinion and Order of June 3, 2011. Accordingly, the Court will consider Document 621 to be withdrawn. The Court **GRANTS** the motion to withdraw of Messrs. Elliot and Cooper. In this regard, the Court attributes no motive to delay or of bad faith on the part of Elliot and Cooper, who have conducted themselves admirably throughout this litigation.

In consideration of the foregoing, the Court further orders the following:

1) The trial in this matter is continued from June 27, 2011 to Monday, October 17, 2011 at 9 a.m. The final pretrial order shall be submitted on or before October 5, 2011. A final pretrial conference in this matter is set for October 6, 2011 at 10 a.m.

2) Pursuant to Rule 26(e), the Parties shall supplement their discovery productions and responses by June 24, 2011.

3) A telephone status conference in this matter is set for July 25, 2011 at 10 a.m. For this conference, the Parties shall use the same call information as used on today's call.

**IT IS SO ORDERED.**

6-13-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE