**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**MICHAEL E. WILLIAMSON, et al.,**

       **Plaintiffs,**

                            **Case No. 2:06-cv-292**
    **v.**                          **Judge Sargus**
                                     **Magistrate Judge Kemp**

**RECOVERY LIMITED PARTNERSHIP,**
**et al.,**

       **Defendants.**


## ORDER

In consideration of the notice of appeal filed by Defendants Columbus Exploration, LLC, Columbus-America Discovery Group, Inc., and Recovery Limited Partnership, the Court hereby **STAYS** this action pending resolution of the appeal.  While the Court may retain residual jurisdiction over matters not implicated by the appeal, imposition of a stay of the entire action is supported by the interests of judicial economy and prudential concerns.  The telephone status conference set for July 25, 2011 is vacated, and the remaining pretrial schedule is stayed.

The Court also notes the following concerning Mr. Trolinger's appearance in this case. While Document 678 suggests that his appearance is limited to the appeal described above, his notice of appearance (Doc. 668) makes no mention of any limitations on his appearance. Accordingly, the Court considers Mr. Trolinger to be the attorney of record for Columbus Exploration, LLC, Columbus-America Discovery Group, Inc., and Recovery Limited Partnership for all purposes in this action.

**IT IS SO ORDERED.**

_7-14-2011_

**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**