IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL E. WILLIAMSON,
et al.,

        Plaintiffs,

v.

RECOVERY LIMITED
PARTNERSHIP, et al.,

        Defendants.

Case No. 2:06-CV-292
JUDGE SARGUS
MAGISTRATE JUDGE KEMP

## ORDER

The Williamson Plaintiffs have issued four subpoenas under the auspices of the United States District Court for the Central District of California. These subpoenas seek depositions of and the production of documents from the following:

    1) California Gold Marketing Group, LLC

    2) Dwight Manley, Inc.

    3) Monaco Financial, LLC

    4) Dwight Manley

(*See* Doc. 680-1 at 53–86.) By Opinion and Order dated November 4, 2011, this Court modified its stay of this case to allow discovery and supplemental discovery disclosures to proceed during the pendency of the Entity Defendants' interlocutory appeal. The Court hereby further modifies the stay to allow discovery related to the four subpoenas referenced above to proceed. Further, the discovery sought by the subpoenas shall be deemed sanctioned and authorized by this Court.

**IT IS SO ORDERED**

11-10-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE