UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL H. WILLIAMSON, et al.,

    Plaintiffs,

v.

    Case No. 2:06-cv-292
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

RECOVERY LIMITED
PARTNERSHIP, et al.,

    Defendants.

## OPINION AND ORDER

This matter is before the Court on Plaintiffs the Dispatch Printing Company and Donald D. Fanta's Motion for Attorney Fees (Doc. No. 702), Defendants Columbus Exploration, LLC and Recovery Limited Partnership's Motion to Stay and Request for Oral Hearing (Doc. No. 703), and Defendants Michael J. Ford, Gilman D. Kirk, Jr., Thomas G. Thompson and James Turner's Memorandum in Support of the Motion to Stay and Motion for Extension of Briefing Schedule and Request for Evidentiary Hearing (Doc. No. 704).

In Defendants' Motions and Memorandum, they request that the Court stay this action, provide time for discovery related to Plaintiffs' Motion for Attorney Fees, and schedule an oral hearing on Plaintiffs' Motion. The Court is not inclined to stay this case but will schedule an oral hearing on Plaintiffs' Motion. The Court will also permit forty-five (45) days in which Defendants can engage in discovery related to Plaintiffs' Motion and for the briefing of Plaintiffs' Motion to be completed. The Court anticipates the parties engaging in expedited discovery outside of the time parameters set forth in the Federal Rules so that the following schedule can be met:

1. The oral hearing on Plaintiff's Motion for Attorney Fees is scheduled for August 13, 2012, at 9:00 a.m.

2. Defendants shall have until July 20, 2012, to file their memoranda in opposition to Plaintiffs' Motion.

3. Plaintiffs shall have until August 6, 2012, to file their reply brief in support of their Motion.

Accordingly, the Court **GRANTS IN PART AND DENIES IN PART** Defendants' Motions (Doc. Nos. 703, 704) and **HOLDS IN ABEYANCE** Plaintiffs' Motion (Doc. No. 702). The Clerk is **DIRECTED** to remove Defendants' Motions from the Court's pending motions list and to **ISSUE NOTICE** that the Oral Hearing on Plaintiffs' Motion for Attorney Fees is scheduled for **August 13, 2012, at 9:00 a.m.**

**IT IS SO ORDERED.**

5-31-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

2