UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL H. WILLIAMSON, et al.,

    Plaintiffs,

v.

RECOVERY LIMITED
PARTNERSHIP, et al.,

    Defendants.

Case No. 2:06-cv-292
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court on the Williamson Plaintiffs' Motion for Leave to File Unredacted Reply Brief in Support of Motion for Prejudgment Attachment Under Seal (Doc. No. 719), which is hereby **GRANTED**.

**IT IS SO ORDERED.**

7-16-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE