UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL H. WILLIAMSON, et al.,

        Plaintiffs,

      v.

RECOVERY LIMITED
PARTNERSHIP, et al.,

        Defendants.

Case No. 2:06-cv-292
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court on Plaintiff's Motion for a Temporary Restraining Order and/or Prejudgment Attachment. (Doc. No. 707.) The Court held a hearing on the motion on July 17 and 18, 2012, accepting evidence and oral argument. The Court will issue a full opinion on the motion in due course, but today issues the following Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure and Prejudgment Attachment pursuant to subsections (8) and (9) of Section 2715.01 of the Ohio Revised Code:

    1. The Court orders the attachment of the seven (7) crates (or more) of artifacts warehoused on Joyce Avenue, Columbus, Ohio, and owned by Columbus Exploration, LLC or any other Defendant Entity. These crates are not to be moved, encumbered or sold without further order of this Court.

    2. The Court issues a preliminary injunction against Thomas G. Thompson with regard to the five hundred (500) re-strike or commemorative gold coins transferred to him by Columbus Exploration, LLC. If all or some of these coins are in the physical possession or control of

1

Thompson, he shall: (a) submit within ten (10) days a declaration under oath to this Court indicating such possession or control. He shall indicate in the same declaration the precise location of the coins, and (b) he shall not sell, encumber, transfer or diminish in value such coins.

If such coins are not in Thompson's possession or control, he shall submit a declaration under oath describing in detail the parties to whom the coins were transferred, any consideration received or outstanding, the date of such transfer, and the names of the recipients.

3. The Court issues a preliminary injunction against Thomas G. Thompson related to the Termination Trust. In the event that the funds received by Thompson from the Termination Trust are still in his possession, such funds are restrained from any transfer or dissipation of any kind subject to further order of this Court. Thompson shall within ten (10) days file a declaration under oath with this Court indicating if such funds are still in his possession and if so the location of such funds. If such funds are not in his control or possession he shall with as much specificity as practical, describe the disposition or transfer of such funds.

4. The Court issues a preliminary injunction against Thomas G. Thompson regarding his house located at 135 9th Avenue, Vero Beach, Florida 32962. Thompson shall not sell, encumber, transfer or diminish the value of that real properly without further order of this Court.

5. The Court issues a preliminary injunction against the Defendant entities prohibiting them from making any transfer of assets beyond those within the normal or ordinary course of business for such recurring expenses as are anticipated. Any other transfers require further approval of this Court after notice and hearing.

2

This Order shall not become effective until the Plaintiffs have submitted a $500.00 bond to the Clerk of this Court.

**IT IS SO ORDERED.**

July 18, 2012                                    /s/ Edmund A. Sargus, Jr.
**DATE**                                         **EDMUND A. SARGUS, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**