UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL H. WILLIAMSON, et al.,

    Plaintiffs,

    v.

RECOVERY LIMITED
PARTNERSHIP, et al.,

    Defendants.

Case No. 2:06-cv-292
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## TEMPORARY RESTRAINING ORDER

This matter is before the Court on Plaintiff's Motion for the Extension of the Preliminary Injunction Order and for Issuance of Subpoena. (Doc. No. 769.) The Court held a hearing on Plaintiffs' previous motion for injunctive relief and issued a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure that prohibited the sale, encumbrance, transfer or diminishing in value of 500 restrike gold coins that had been in the possession of Defendant Thomas G. Thompson. Since the issuance of that injunction, Thompson has informed the Court that he placed the coins in the control of Orion Corporate & Trust Services, Ltd. (or its predecessor, affiliate, co-trustee, or similar entity "The Irrevocable Gwendolyn Family Children's Trust") (collectively "Orion").

Because of the exigency of the circumstances and good cause shown in Plaintiffs' motion, the Court hereby issues a Temporary Restraining Order prohibiting Orion from disposing of, encumbering, transferring or diminishing in value in any way the 500 gold restrike coins.

This Order shall not become effective until the Plaintiffs have submitted a $500.00 bond

to the Clerk of this Court.

**IT IS SO ORDERED.**

\_\_8-7-2012\_\_\_\_\_
**DATE**

_____
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**

2