**Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001**

FILED

AUG 2 0 2012

LEONARD GREEN, Clerk

William K. Suter
Clerk of the Court
(202) 479-3011

August 14, 2012

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

      Re:  Columbus Exploration, L.L.C., et al.
            v. Michael Williamson, et al.
            No. 12-203
            (Your No. 09-4255)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on June 7, 2012 and placed on the docket August 14, 2012 as No. 12-203.

                             Sincerely,

                             **William K. Suter**, Clerk

                             by

                             Melissa Blalock
                             Case Analyst