UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL H. WILLIAMSON, et al.,

    Plaintiffs,

v.

RECOVERY LIMITED
PARTNERSHIP, et al.,

    Defendants.

Case No. 2:06-cv-292
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## OPINION AND ORDER

This matter is before the Court on Defendant Columbus Exploration, LLC's Notice of Filing Motion to Stay Injunction Pending Appeal in the United States Court of Appeals for the Sixth Circuit and Motion to Suspend the Proceedings until a Decision of the Court of Appeals on the Pending Motion to Stay is Rendered. (Doc. No. 787.) In that motion, Columbus Exploration indicates that it has filed with the Sixth Circuit a motion to stay the injunction issued by this Court. Columbus Exploration previously moved this Court to stay the injunction (Doc. No. 752), which was denied in an Opinion and Order issued August 6, 2012 (Doc. No. 762). Columbus Exploration offers no additional reason why this Court should stay this action and, therefore, the Court **DENIES** their request for the same reasons it previously denied it.

**IT IS SO ORDERED.**

8-21-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE