UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL H. WILLIAMSON, et al.,

    Plaintiffs,

v.

RECOVERY LIMITED
PARTNERSHIP, et al.,

    Defendants.

Case No. 2:06-cv-292
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On July 17 and 18, 2012, this Court held a hearing on the Williamson Plaintiffs' request for injunctive relief. During that hearing, Defendants moved for certain portions of the testimony to be placed under seal. The Court ruled on those requests contemporaneously. The Court has reviewed the transcript of those proceedings and now **DIRECTS** the Court Reporter to **REDACT** the following portions of the transcript in the version of the transcript that will be filed on the docket for public viewing:

**Volume I**

P. 25, L. 3, to P. 27, L. 11

P. 110, L. 9, to P. 113, L. 17

P. 184, L. 22, after "of" up to question mark

P. 185, L. 3, after comma up to question mark

P. 186, L. 12, after "of" up to period

P. 188, L. 1, after "about" up to "per"

P. 191, L. 23, after "of" up to "a"

P. 193, L. 15, after "for" to question mark

P. 195, L. 2, after "paid" up to "a"

    18, after "of" up to "at"

    21, after "of" up to period

    25, after question mark up to "or"

P. 196, L. 7, after "of" up to period

    8, after "was" up to "of"

    12, after "a" up to "fee"

    13, after "that" up to "went"

    22, after "about" up to "in"

    24, after "about" up to "a"

P. 197, L. 5, after "the" up to comma; after "an" up to "loss"

    9, after "the" up to comma

    14, after "another" up to "in"

    15, after "is" up to "loss"

    18, after "around" up to period

    23, after "owed" up to period

P. 198, L. 13, after "the" up to period

    16, after "at" up to "to"; after "to" up to comma; after "received" up to "of"

P. 199, L. 3, after "was" up to "of"

P. 200, L.12, after "about" up to "or"

    19, after "about" up to period

   20, after "about" up to dash

   21, after "than" up to "at"

   23, after "a" up to "loss"

P. 201, L. 1, after "negative" up to question mark

   11, after "a" up to "a"

P. 202, L. 4, after "of" up to "fee"

   8, after "a" up to "fee"

   10, after "be" up to "in"; after "and" up to "in"

P. 206, L. 8, after "that" up to period

   11, after "for" up to period

   20, after "entire" up to "they"

P. 207, L. 8, after "that" up to "and"

   9, after "the" up to "in"

   23, after "the" up to "coins"

**Volume II**

P. 337, L. 8, after "get" up to "for"

   12, after "about" up to period

   14, after "with" up to "in"

   19, after "did" up to "worth"

   22, after "was" up to "of

P. 338, L. 1, after "with" up to "that"

P. 341, L. 23, after "at" up to comma

3

P. 342, L. 17, after "like" up to "worth"

      22, after "on" up to "worth"

P. 343, L. 6, after "about" up to "now"

P. 344, L. 1, after "over" up to comma

      2, after "about" up to period

      4, after "the" up to "a"

      7, after "probably" up to "a"

P. 347, L. 9, after "a" up to "debt"

      20, after "the" up to "number"

P. 351, L. 9, after "that" up to dash; after "about" up to period

P. 352, L. 4, after ""a" up to "payment"

      6, after "funded" up to "of"

P. 353, L. 2, after "his" up to comma

P. 359, L. 17, after "owed" up to "in"

      18, after "owed" up to "then"

      19, after "owed" up to "now"

P. 363, L. 14, after "the" up to "commemorative"

      18, after "those" up to "coins"

P. 364, L. 4, after "for" up to period

      22, after "around" up to "re-strikes"

      23, after "around" up to period

P. 366, L. 9, after "thinking" up to "to"; after "to" up to period

4

        13, after "by" up to "is"

    P. 371, L. 6, after "Thompson's" up to "trust"

    P. 372, L. 1, after "Thompson's" up to "trust"

        12, after "over" up to "entered"

    P. 373, L. 14, after "a" up to "or"

    P. 375, L. 18, after "maybe" up to comma

    P. 376, L. 1, after "the" up to "coins"

        2, after "the" up to comma

        4, after "about" up to "a"

        12, after "the" up to period

        20, after "about" up to "to"

        21, after "to" up to "percent"

        22, after question mark up to period

The Court Reporter is also **DIRECTED** to file the entire transcript of these proceedings on the docket **UNDER SEAL**.

**IT IS SO ORDERED.**

\_\_\_8-22-2012_____                      _____
**DATE**                                         **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**