UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL H. WILLIAMSON, et al.,

  Plaintiffs,

v.

RECOVERY LIMITED
PARTNERSHIP, et al.,

  Defendants.

Case No. 2:06-cv-292
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court on the Williamson Plaintiffs' Motion for Contempt. (Doc. No. 796.) Pursuant to S. D. Ohio Civ. R. 1.1(c), the Court modifies the traditional briefing schedule set forth in S. D. Ohio Civ. R. 7.2(a)(2), and directs Defendants to file their memorandum in opposition on or before August 29, 2012, and Plaintiffs to file their reply brief on or before September 1, 2012.

  IT IS SO ORDERED.

_8-23-2012_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE