UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHAEL H. WILLIAMSON, et al.,**

    **Plaintiffs,**

v.

**RECOVERY LIMITED
PARTNERSHIP, et al.,**

    **Defendants.**

Case No. 2:06-cv-292
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Terence P. Kemp**

## ORDER

The following motions have been rendered moot by orders issued by the Court and are, therefore, **DENIED AS MOOT**. (Doc. Nos. 618, 619, 623, 650, 759, 760, 769.) Specifically:

1. Defendants' Motion in *Limine* (Doc. No. 618), Plaintiffs' Motion in *Limine* (Doc. No. 619), Plaintiffs' Second Motion in *Limine* (Doc. No. 623), and Plaintiffs' Motion to Amend/Correct Schedule (Doc. No. 650) were all rendered moot by this Court's Order staying the case (Doc. No. 679).

2. Plaintiffs' Motion to Seal Documents (Doc. No. 759), which was based upon Plaintiffs' anticipation of this Court granting Defendants' motion to seal a declaration, was rendered moot by this Court's Order denying Defendants' request to seal the declaration (Doc. No. 763).

3. Plaintiffs' Motion for a Hearing regarding three motions filed by Defendants (Doc. No. 760) was rendered moot by this Court ruling on those three motions (Doc. Nos. 761, 762, 763).

4. Plaintiffs' Motion for Extension of Preliminary Injunction and Issuance of Subpoena (Doc. No. 769) was rendered moot by this Court's issuance of a Temporary Restraining Order (Doc. No. 770).

**IT IS SO ORDERED.**

_9-28-2012_
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE