UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL H. WILLIAMSON, et al.,

    Plaintiffs,

v.

RECOVERY LIMITED
PARTNERSHIP, et al.,

    Defendants.

Case No. 2:06-cv-292
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## EXTENSION OF TEMPORARY RESTRAINING ORDER

On October 12, 2012, this Court issued a Temporary Restraining Order and scheduled a hearing on the matter for October 16, 2012. (Doc. No. 819.) At the hearing, defense counsel objected to the factual basis submitted by Plaintiffs to support their request for emergency injunctive relief. Plaintiff is permitted up to two weeks to take expedited depositions for the purpose of supporting their request. A second hearing is scheduled for **Tuesday, October 30, 2012, at 10 a.m.**, provided that if the expedited depositions are held and transcribed at an earlier time, an earlier hearing date will be set. The Court hereby **EXTENDS** the current Temporary Restraining Order (Doc. No. 819) until October 30, 2012, with the following clarification and modification:

1. The Order is to include the additional property that belongs to Defendants and is described as boxes in the basement of 431 Sixth Avenue, Columbus, Ohio.

2. The property referred to in the Order as Allison Antekeier's property is that property that she has possession of or control over that belongs to any of the named defendants in this

case.

**IT IS SO ORDERED.**

    10-16-2012
**DATE**

    EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE