James Kennedy

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael Williamson, et al.,
        Plaintiffs, Case No. C2-06-292
    vs. Judge Edmund A. Sargus
Magistrate Judge Terence Kemp
Recovery Limited Partnership, et al.,

        Defendants.
_____/

DEPOSITION OF JAMES MATTHEW KENNEDY

DATE:        OCTOBER 17, 2012
TIME:        10:08 a.m.
PLACE:        3111 Cardinal Drive
              Vero Beach, Florida

TAKEN BY:    PLAINTIFFS

REPORTER:    GREGORY CAMPBELL, Notary Public
             State of Florida at Large

APPEARANCES BY VIDEO CONFERENCE:
FOR PLAINTIFFS:
        MCNAMARA AND MCNAMARA, L.L.P.
        88 East Broad Street
        Suite 1250
        Columbus, Ohio  43215
        BY:  MICHAEL R. SZOLOSI, SR., ESQUIRE

FOR DEFENDANTS:
        ORGAN, COLE+ STOCK, L.L.P.
        1335 DUBLIN ROAD
        Suite 104D
        Columbus, Ohio  43215
        BY:  SHAWN J. ORGAN, ESQUIRE
        FARLOW & ASSOCIATES, L.L.C.
        270 Bradenton Avenue
        Suite 100
        Dublin, Ohio  43017
        BY:  CHRIS L. TROLINGER, ESQUIRE

James Kennedy

CAMPINHA BACOTE, L.L.P.
341 South Third Street
Suite 200
Columbus, Ohio  43215
BY:  AVONTE CAMPINHA–BACOTE, ESQUIRE
     CARLTON J. WILLEY, ESQUIRE

BY SPEAKERPHONE:
     HOLLAND & KNIGHT
     31 West 52nd Street
     New York, New York  10019
     BY:  MICHAEL J. "MIKE" FREVOLA, ESQUIRE

James Kennedy

3

INDEX OF PROCEEDINGS

DEPOSITION OF JAMES MATTHEW KENNEDY

PAGE NO.

DIRECT EXAMINATION BY MR. SZOLOSI          4
CROSS-EXAMINATION BY MR. ORGAN            22
CROSS-EXAMINATION BY MR. TROLINGER          44
REDIRECT EXAMINATION BY MR. SZOLOSI         56
RECROSS-EXAMINATION BY MR. TROLINGER         61

CERTIFICATE OF OATH          63
CERTIFICATE OF REPORTER          64

INDEX OF EXHIBITS

PLAINTIFFS' EXHIBITS

NO.          DESCRIPTION          PAGE NO.

******** NONE ********

DEFENDANTS' EXHIBITS

NO.          DESCRIPTION          PAGE NO.

******** NONE ********

**James Kennedy**

4

AND THEREUPON,

　　　　JAMES MATTHEW KENNEDY,

called as a witness on behalf of the Plaintiffs herein,

after having been first duly sworn, was examined and

testified as follows:

　　　　THE WITNESS:  Yes, sir.

　　　　　　DIRECT EXAMINATION

BY MR. SZOLOSI:

　Q　Good morning, Mr. Kennedy.  This is Michael

Szolosi.  How are you?

　A　I'm good.  How about you?

　Q　Good.  A couple of quick instructions:  I will be

asking questions, then, other lawyers may as well.  When we

ask questions if they're not understood, will you let us

know you don't understand my question?

　A　Yes, sir.  Yes.

　Q　And when you answer, just as you just did, please

use a verbal response as opposed to shaking your head or

uh-huhs, things of that sort.  Is that agreeable?

　A　Yes, sir.

　Q　Thank you.  Would you state your name for the

record.

　A　James Matthew Kennedy.

　　MR. SZOLOSI:  And what is -- Let's go off the

　record again as we did for some personal information

James Kennedy

5

1    that you can then simply confer you gave us when we go

2    back on the record.

3                 (OFF THE RECORD.)

4    BY MR. SZOLOSI:

5        Q    While we were off the record, Mr. Kennedy, did you

6    provide your address and phone number to us?

7        A    Yes, sir.

8        Q    All right.  Is the address where you live about a

9    mile or so from this 1965 28th Avenue property?

10       A    Yeah.  Within a mile.

11       Q    Okay.  Thank you.  And on occasion do you perform

12   work on a contract basis for Vance Brinkerhoff?

13       A    Yes.  I go look at... if he has a house to sell or

14   something like that and the people are wanting to sell the

15   house and they don't want to have painted or something, I'll

16   go over and clean it up, wash it down, and I look at

17   everything, check the roofs, things like that on occasion.

18       Q    All right.  Did you some years back initially

19   propose that this property at 1965 28th Avenue be rented by

20   the California owner?

21       A    Well, yeah.  What it was is, I met Jim a long time

22   ago.  I used to have an old pickup truck -- Can you hear me?

23       Q    Yeah.  When you say you met Jim, that's the owner?

24       A    Yes.  Mr. Fairweather.

25       Q    All right.

James Kennedy

6

1          A    I met him because there was a sign on the truck

2    and it said exterior cleaning.  He asked me to come by one

3    day and look at it.  I followed him over to the house, me

4    and the guy that was working with me, and we looked at it,

5    cleaned it up.

6          Jim and I pretty much became friends.  I looked

7    after the place for a little bit, took care of a few things

8    here and there.  I put some tile in the cabana for him where

9    the swimming pool is.  I can't remember everything exactly.

10   You've got to bear with me on that.  I take Tegretol and

11   Dilantin.  I've got severe epilepsy.  There's pieces and

12   parts that just disappear.

13         But after getting to know Jim for a little while

14   and I knew Vance already, I asked Vance one day, I asked

15   him, you know, When you guys have all the millionaires and

16   billionaires come in buying property here, where are they

17   staying at.  And he said that they put them up at the

18   Driftwood.  That's literally right across the street almost

19   from here.

20         And I thought about it because the big -- I refer

21   to the Gracewood mansion as the big house because it's

22   really a big, old house.  And I referred to him -- I said to

23   him, you know, you might want to talk to Jim because this

24   would be a good idea for your people that you guys bring in

25   out of town.  It would give them privacy, it's got a big

James Kennedy

1    gate, they got their own swimming pool, things like that,

2    and, you know, make you feel a little bit more important.

3    And they talked to each other and they started doing it.

4        Q    Okay.  Yesterday when you and I spoke you agreed

5    to come today to be deposed?

6        A    Yes.

7        Q    Thank you as well.  All right.  Now, when they,

8    when Mr. Thompson became a tenant, this was after others had

9    rented the big house --

10        A    Yes.

11        Q    -- did you have any dealings with him?

12        A    Mr. Thompson?  No.  I never, never met him before

13    that.  He kind of creeped --

14        Q    No.  After he rented the house, did you do some

15    work there?

16        A    I know I did some things, like, maybe trees or

17    tile or something like that.  I've been back and forth.  But

18    Mr. Thompson was... he gave me an uneasy feeling.  He didn't

19    like being around people it didn't seem and it was kind of

20    creepy because I had heard, I don't remember who told me

21    about it, but that he had some kind of disease or something

22    from a mosquito that he got bit by or something like that

23    and I'm kind of a germ freak anyway about stuff like that

24    but... and there was one time a real long time ago, it's

25    been years, I don't know how many years, but he had --

James Kennedy

1    hadn't paid the rent and me and a friend of mine, Big John,

2    we went over, knocked on the door and he was out in the

3    cabana and I told him, I said, Vance needs the rent because

4    the man in California's going to, you know, kick you out if

5    you don't.  And when he came out onto the pool deck, he was

6    wearing a pair of leather shoes, black socks and -- I'm not

7    trying to be rude here, but can I speak bluntly?

8        Q    Go ahead.

9        A    He just had a pair of shitty underwear on, it

10   looked like he crapped himself, and glasses.  His hair was

11   all crazy.  After that, me and John referred to him as the

12   crazy professor because it just fit.  If you seen him you

13   would understood.

14       Q    Well, what year do you think this was?

15       A    I couldn't tell you.  Maybe one or two years, if

16   that, after he moved in there.

17       Q    Okay.  During this past summer, that's 2012, did

18   you suggest to Vance Brinkerhoff that since he had a problem

19   with back rent you'd try to help him by going out and seeing

20   if they'd talk to you?

21       A    I don't remember how it came about but, yeah, I

22   said something to him because you had said they hadn't been

23   paying rent and they turned off their -- he couldn't get on

24   with the phone or anything and I said I would go over

25   because, you know, I'm not him and once I go over and knock

James Kennedy

1    on the door... (Witness shrugs shoulders)... maybe I could

2    get them to talk.

3        Q    And what happened when you did that?

4        A    Well, I went up to the big house first and I

5    knocked on the door and to the left I seen a lady kind of

6    step out of the window because right to the left of the big

7    door there's a really large window right there --

8            THE WITNESS:  There's (Indicating), I see

9        something on the screen right there.  I seen a lighting

10       bolt on the screen right where his --

11           THE COURT REPORTER:  Yeah.  It's okay.

12           THE WITNESS:  Oh, okay.

13       A    (CONTINUED)  Anyway, you know, I said it out loud

14   to the lady, I said, Look, we know you're there but Vance

15   needs to get the rent, they're going, you know, kick you

16   guys out of here.  And she still wouldn't answer the door

17   so, you know, I kind of tried to do the intimidation thing

18   and I picked up my cell phone and I said it real loud.  I

19   was, like, Well, Vance, I don't think they're going to give

20   you anything; if you're not, you know, you probably ought to

21   call the police and getting everything going, you know,

22   hoping that that might want them to give him his money.

23   BY MR. SZOLOSI:

24       Q    That was a pretend phone call?  You weren't really

25   calling the police?

**James Kennedy**

1      A   Yeah.  I wasn't even on the phone with him.  She

2      didn't know that though.

3      Q   Yeah.  And let's put the time on this.  Would this

4      have been in the relatively recent past:  Six to eight weeks

5      ago?

6      A   Let me see... no, that one, that wasn't.  That's

7      been a little bit longer than, I think, but I can't say for

8      sure.  It's... you'd have to ask Vance that because like I

9      said, my memory on a lot of stuff, it just drops off because

10     of my medication and my seizures.

11     Q   Okay.  When you went out there you only saw a

12     woman?

13     A   Yeah.  I could tell --

14     Q   Did you recognize this woman?

15     A   I could tell it was a lady because she had -- her

16     hair was long.  It was, like, down here to her shoulders

17     (Indicating) and she stepped away from the window.  I

18     remember that, seeing it with my eyes.

19     Q   Do you know Alison Antekeier or not?

20     A   No.

21     Q   All right.  Would it have been earlier than July?

22     A   I can't tell you for sure.  I don't want to say

23     that because I don't remember exactly the date.  It was...

24     if you ask Vance, it was one of the times that they hadn't

25     paid and I went over and said that but it wasn't this time,

**James Kennedy**

1    it was before that.  There's been --

2        Q    You said "this time," what do you mean?

3        A    The time when I called you guys and told everybody

4    about what was going on.

5        Q    Okay.  Well, you didn't call me.  Who did you

6    call?

7        A    Let's see, what happened was, first, they weren't

8    paying for anything and Vance said they'd been out of there

9    for a long time and we needed to look the house over to see

10   what needed to be cleaned up, fix things to that effect.

11        When I was over there one of the things I saw was

12   a book called Ship Of Gold and it said Tommy Thompson on

13   that and we looked it up on the Internet.  And when I looked

14   up that --

15       Q    Just let me interrupt.  We're going to go back to

16   what you saw but we need to place it in a time period, if we

17   can.  When you were talking about going out to look at this

18   house now --

19       A    Yeah.

20       Q    -- can you place it at all in terms of what month

21   you would have been out there?

22       A    It was this month, the very --

23       Q    October?

24       A    Yes.  It was within the last month.  That wasn't

25   when I seen her though.

James Kennedy

1   Q   Yes.  Okay.

2   A   When I seen her was longer back.

3   Q   All right.  So when you went in October you

4   actually went through to examine the house for damage?

5   A   Yeah.  It's destroyed.  They, they -- it looks

6   like -- if you ever watch that show on television, Hoarders,

7   the whole house is just destroyed and so is the cabana.  The

8   cabinets are falling off the walls, it's full of rats now.

9   And when I say "full of rats," I opened up one cabinet door

10   that was still hanging in the kitchen and there was a stack

11   of paper plates there and there were three rats on top of

12   that.  The kitchen is --

13   Q   Live rats?

14   A   Sir?

15   Q   Are they alive, the rats?

16   A   Yeah, they were alive.  They were all sitting -- I

17   can't see you now.  The screen is still.  Okay.  There it

18   goes.  They were sitting on... three of them were sitting on

19   paper plates.  And when I opened up that, that was the only

20   cabinet that's still hanging.  All the other cabinets have

21   rotted away and fallen down from the wall and there's

22   plastic over it with blue tape covering it up.

23   Q   All right.  When you went out there in October,

24   this month of 2012, were the Marshal Service already there?

25   A   Oh, I talked to -- What happened was this:  When

James Kennedy

1   we looked online about the book and about the whole story

2   about everything, there were also a lot of other things, it

3   says, Where Is Tommy Thompson.  And there's a thing that

4   said that there was a warrant for him.  And the moment I

5   seen that there's a U.S., you know, a Marshal warrant, if I

6   know anything about it I'm calling them and telling them and

7   that was it.

8          So I called the U.S. Marshal after about 20 times

9   of getting the right phone number -- half their phone

10  numbers are disconnected, the ones on the Internet anyway --

11  I talked to a man in Fort Pierce and him and three other

12  fellows came up and they went through the house, looked at

13  everything.

14         And I asked him, I said, So, you know, now they're

15  going to send detectives over, right.  And he said, Nope,

16  we're just here for the body.  And that interested me

17  because laying all over the house, all these papers because

18  I went through all the rooms looked at everything.  I mean,

19  it stinks in there right now so bad.  There was stuff

20  growing out of the sink.  And, you know, there's paperwork

21  laying all over the place.  And if you look at them, a lot

22  of them are court papers.

23         There's a freezer that was frozen shut, a deep

24  freezer in the house, and it's leaking out all over the

25  floor.  So I got it opened and inside of it is a... I think

James Kennedy

1    it's Federal Express -- or, no, it was a blue and white

2    envelope with an eagle on it and it had a plastic binder but

3    it was, like, the quarter of the way burnt, like, somebody

4    had set it on fire but then they put it in the freezer.  And

5    I opened that up and looked at it and it said something

6    about Odyssey-something.

7           And after going through all that and then looking

8    at the place -- we've been back there five or six times

9    looking at the underside of the house, the roof, the

10   windows, everything is falling apart, the plumbing,

11   everything is destroyed.  The sink is falling away from the

12   wall.  And seeing that on there, well, I called the Marshal

13   and told them about it.

14          Well, there's a tape record there and I picked it

15   up and hit play and I could hear this man, he sound -- he

16   literally sounds like he was about to cry.  He even mentions

17   something about he's about to lose his marriage over this

18   and everything else and I kind of put two and two together.

19          You know, the Marshal walked in, they couldn't

20   find anybody.  But then I asked them and they said, Well,

21   the people up north would probably want to know.  And on

22   that tape recorder there was a phone number so I called it

23   and asked the man, I said, Do you want to know about Tommy

24   Thompson.  And after talking to him for a little bit, he's a

25   really nice man, his name was Gill, I think he said, and he

**James Kennedy**

1    said that he was the main contributor or something to what

2    the guy was doing and he lost all this money and he was his

3    best friend also and I told him.

4         He said something about him being out to sea.  And

5    I said, Well, I know he's been living here for, you know,

6    five or six years, six years at least, and, you know, all

7    this stuff is laying all over the place and here all these

8    court papers and all this other junk and it looks like the

9    guy just packed up and hauled butt.

10        There's also in the master bedroom upstairs, we

11   got the doors open -- he padlocked -- he put -- well, not

12   padlock but put deadbolts on every door in the house, every

13   door.  And after we got the bedroom open on the floor were

14   these big, blue boxes that say, Professional Coin Grading

15   Service.  They are about this long, about that tall

16   (Indicating).  That was in there.  There's different bank

17   books laying everywhere.  It looks, like, it almost looks

18   like a tornado went through the house.

19        I took pictures of it and gave it to Vance.  You

20   could probably get those from him because we took pictures

21   of all the, all the -- where the water damage is around the

22   windows, the floors are messed up, everything is messed up.

23   The guy destroyed one of the most beautiful houses there is.

24   Q    Okay.  Can I slow you down for a second and kind

25   of go back over some things.

James Kennedy

1     A    Yeah.  Yes.

2     Q    Okay.  When you, when you've gone through in

3  October in these five or six visits and you saw different

4  things that you described, did you see a book --

5     A    Yes.

6     Q    -- at any point?

7     A    Yeah.

8     Q    What kind of book did you see?

9     A    How To Live In -- or it's over there now because

10  the U.S. Marshal guys, they took some of the stuff at first

11  and then they brought it back, I think.  I can't remember

12  for sure so don't quote me on that.  But there's a book that

13  says, How To Live Invisible.  And there was a page marked on

14  it with a throwaway phone card and the thing that says on

15  that page is:  Live Your Life On A Cash Basis Only.

16         And then the house, if you look around in all the

17  garbage and all the bags and everything that are laying

18  around, there are literally hundreds of batteries from the

19  throwaway phones and the throwaway phones are all over the

20  place too.

21     Q    Hundreds of those?

22     A    Well, the batteries, yes.  You couldn't --

23  literally, there's, I would say there's 25 or 30 of the

24  phones themselves but the batteries for those little

25  telephones, there were Ziploc bags full of them around in

James Kennedy

1    there.

2        Q   And there were phone cards?

3        A   Everywhere.  Once we got a lot of the doors opened

4    to make sure there wasn't any dead people in there, there's

5    a lot of them and a lot of spent gift cards.

6        Q   Okay.  Did you see cassette tapes or microcassette

7    tapes?

8        A   Yes, the little microcassettes tapes.  With no

9    exaggeration, at least 250 of them in different spots in big

10    bags, big, Ziploc bags.

11        Q   Okay.  When you heard this tape that you decided

12    to play, what was it that the person was saying to --

13        A   Well, he was saying, Alison, you know, something

14    about getting ahold of Tommy, that these people are getting

15    really frustrated, that he's going to lose his marriage over

16    this.

17        And the man sound, it sounded so, it sounded so --

18    if you heard it, the poor man sounded terrible, then, plus

19    what I read on the Internet about this guy doing this and,

20    you know, I'm thinking in my mind, Here's a person that's

21    trying to help him and he's just duping him and running

22    away.

23        And after I said to the Marshals, I asked them if

24    they were going to send detectives and they said, No, but

25    the people up north might be interested.  If it was my money

James Kennedy

18

1    that was gone I would hope that somebody would try to help

2    me so I called the man on there and I told him about it and

3    I even talked to him about -- I found a mammoth bone awhile

4    back that's a very big deal and I talked to him about that

5    too and --

6        Q    Well, the man that you talked to, is this Gil --

7        A    Yes.

8        Q    -- that's the person --

9        A    Yes.  He said, he said he was also Tommy's best

10   friend.

11       Q    Is it Gil Kirk?

12       A    I'm almost positive, yes.

13       Q    And did you -- after you talked to Mr. Kirk, did

14   you talk to anyone else?

15       A    Other than the Marshals, I don't think so.  I

16   tried to call Mr. Kirk back the next day too and he didn't

17   answer my phone call so... and right after that the Marshal

18   from Ohio called me and said that there would be people down

19   to go through everything and to watch it and make sure that

20   nobody messed with it.  And then, now, I think it was

21   yesterday or the day before, I find out they told me that

22   the Judge didn't say they could and they can't and that we

23   would be talking to you guys.

24       Q    Okay.  Did you see -- When you went through the

25   house the first or any of these other times, did you see

James Kennedy

1    credit blanks or bank wraps for bills?

2       A   Yes.  They're little bank wraps that say 10,000 on

3    them and I remember it too.  I remember that perfectly

4    because it said March '08 and it was out of Miami.  I also

5    found --

6       Q   You remember --

7       A   Sir?

8       Q   What bank?

9       A   Wachovia, I believe.

10       Q   And did you see any cash?

11       A   No -- well, change, like, little bags of pennies

12    and nickels and dimes, stuff like that, just strown

13    everywhere.

14       Q   Yeah.  I'm talking about bills or large amounts of

15    cash.

16       A   No.  Uh-uh.

17       Q   Okay.  Did you see any gold?

18       A   No.

19       Q   Okay.  Did you see bank papers?  You mentioned

20    bank books --

21       A   Yeah.  There's checkbooks, there were -- in the

22    cabana, I believe it was.  Like I said, it looks, like, a

23    tornado went through it.  I picked up and looked through

24    a -- I looked at everything that I could see in there and

25    there were, like, two or three different bank accounts,

James Kennedy

1   Wachovia and two or three more, and there were papers there.

2   On his bed in the cabana there's a big box of (Indicating)

3   court papers and the one laying on the top that just says,

4   Papers... or something sealed by the court.

5      Q   Okay.  Did you see any pill bottles or vitamin

6   bottles?

7      A   Yeah.  In the kitchen in the big house -- not the

8   kitchen, but the dining room of the big house there's large,

9   plastic tubs of every kind of vitamin, everything you

10  could -- It smells like a pharmacy if you go in there.  And

11  then after we got the bedroom door open upstairs there were

12  little pill cutters and pills right beside the bed, little

13  blue ones.  And in the cabana there's needles with

14  testosterone, is what it said on it.

15         Oh, one other thing, on the bank account stuff

16  that you seen, some of them, there was another name -- I

17  forget what the name was.  I want to say Wallet -- no.

18  There's another name that was on there but it was last name

19  Thompson.  I'm thinking it was... I'm thinking it was Wally

20  or Wallace or something like that.

21     Q   Okay.

22     A   One of the bank statements or things in there was,

23  like, over, I think, a million dollars too.

24     Q   Okay.  What about the garage, did you look there?

25     A   Yeah.

James Kennedy

1    Q    What did you find there?

2    A    Well, over to the left... if you walk in the

3    garage from the house, it's a two-bay garage, to the left he

4    has put a whole bunch of Mr. Fairweather's stuff, his rugs

5    and things like that, small furniture, stuff to that effect,

6    and then in the main bay it was just these huge, black

7    garbage bags.  We cut a couple of the garbage bags open.

8    It's all garbage in them.

9         And then, out on the property near the barns you

10   can see where they've been throwing -- it's, like, he threw

11   all his garbage in the garage but everything that had food

12   in it got thrown out, out near the barns.

13   Q    On the ground?

14   A    Yeah.

15   Q    Outside of the barn?

16   A    Yeah.  It's right next to where it is.  If you

17   look at the property like it was a long time ago, there were

18   little gardens and sitting areas and things like that and

19   you can see there's, like, tuna fish cans and stuff like

20   that.  And then, there's a small room off of the cabana

21   where the pool is, it's just a shed, and it had two very

22   large garbage bags and nothing but food stuff, you know,

23   rotten stuff like that in it.

24   Q    Did you see any clothing out on a clothesline?

25   A    Yeah.  There's T-shirts and underwear.  And then

James Kennedy

1    there's a lot of also clothing inside the house and inside

2    the cabana and then there's Ziploc bags full of clothing

3    too.

4        Q    And what about food?

5        A    Yeah, but it's all rotten.  The stuff in the

6    refrigerator -- like, a good example, there's a package in

7    the cabana in the refrigerator there's a pack of asparagus,

8    it was still wrapped, it's literally the diameter of a

9    toothpick now, each one of them.  It looks, like, toothpicks

10    in it.

11        MR. SZOLOSI:  Okay.  Mr. Kennedy, I believe that's

12    all the questions I have for you now but the other

13    lawyers may have some.

14        THE WITNESS:  Yes, sir.

15            CROSS-EXAMINATION

16    BY MR. ORGAN:

17        Q    Mr. Kennedy, my name is Shawn Organ.  We've never

18    spoke before, have we?

19        A    No, not that I know of.

20        Q    Okay.  Now, as I understand from your testimony,

21    your job was to go over and evaluate the condition of the

22    home and what repairs may be needed?

23        A    Yeah.  But that's... Vance has been a friend to

24    me.  He's helped me.  See, I've got epilepsy and there's not

25    many people that will let me do any kind of work and Vance,

James Kennedy

23

1    you know, I know him and he helps me out and I go out of my
2    way for him.
3        Q    Okay.  And he asked you to go over and evaluate --
4        A    Yeah, look it over.
5        Q    -- what work needed to be done?
6        A    Yeah.
7        Q    Okay.  And you went over to the house.  How many
8    times did you go to the house?
9        A    Five or six times.  I took another guy over, it's
10   a contractor guy that has the big licenses and all the tools
11   and stuff, a friend of mine named Kevin.  I took him over to
12   look at it.  We took more pictures for Vance.
13       Q    Did Vance ask you to take pictures?
14       A    Yeah.
15       Q    All right.  Now, with regard to evaluating the
16   house, you walked around the outside of the home?
17       A    Yeah.
18       Q    You walked around the inside of each of the
19   buildings?
20       A    Yep.  Yes, sir.  Sorry.
21       Q    What part of evaluating the condition of a home
22   requires you to go through a bank book?
23       A    It was laying out on the floor.  There's papers
24   strown everywhere.  If you pick up the paper you can see
25   it's laying there.

James Kennedy

24

1     Q    What part of evaluating the condition of a home

2   requires you to pick up a paper and evaluate it?

3     A    Nothing.  But --

4     Q    But that's what you did?

5     A    Yeah.  It's all over the floor.

6     Q    What part of evaluating the condition of a home

7   and putting together an estimate requires that you go

8   through their medicine cabinet?

9     A    I didn't go through the medicine cabinet.  It's

10   laying out in a box in the middle of the room.

11     Q    And inside of the box, you looked inside there?

12     A    I didn't have to.  Imagine a plastic tub this big

13   with a hundred medicine bottles in and vitamins and pills

14   (Indicating).  If I had it sitting here on the table you can

15   see what it is and it smells like a pharmacy in there.

16     Q    Well, what part of evaluating the condition of a

17   home and putting together an estimate for repair work

18   requires that you pick up needles and evaluate what's in the

19   needle?

20     A    Didn't have to.  It's sitting right out on the

21   table.  You can look at it and read it just like I can take

22   this business card (Indicating) and lay it right there, look

23   at it and read it.  And it wasn't the needle, it was the

24   needles are laying all over the place and the box that's

25   sitting there says testosterone on it.

James Kennedy

1    Q    No, I understand the situation.  My question

2  though is:  In evaluating the condition of a home and

3  putting together an estimate, why would you need to pick it

4  up, lay it out, and read it or even read it at all?

5    A    Well, it's all over the floor.  When I'm looking

6  at it, I picked it up and read it.  I apologize but, you

7  know, I'm supposed to be cleaning the house up.

8    Q    You felt it was your right to do that?  You felt

9  that was your right to do that?

10    A    Well, they let me in the house.  I'm going to be

11  the one cleaning the mess out of it.

12    Q    You didn't feel like it was an evasion of his

13  privacy?

14    A    Whose privacy?

15    Q    Well, Mr. Thompson's for one.

16    A    Well, Vance had told me that they were gone and

17  they were gone.  He wasn't able to get ahold of them for a

18  long time, for months they hadn't paid the rent.  How long

19  you supposed to wait?  Vance told me it was 15 days.

20    Q    Who let you in the house?

21    A    Me and Vance went over there the first time.  The

22  back door is broken open.

23    Q    Who let you in the second time?

24    A    Me.  Because I left the door open the first time

25  because it was dark the night we were there and I came back

**James Kennedy**

1      to take pictures.

2          Q    So you let yourself in the second time?

3          A    Yes.  But I asked -- Vance knew about it.

4          Q    Who let you in the third time?

5          A    Me.

6          Q    Okay.  Who let you in the fourth time?

7          A    Myself.

8          Q    Okay.  Who let you in the fifth time?

9          A    Myself.

10         Q    And who let you in the sixth time?

11         A    Myself.

12         Q    How many of those times were you accompanied by

13     someone else?

14         A    Twice, I think.

15         Q    The first time.  Which other time?

16         A    Well, the first time it was me and Vance and the

17     lady that works for him; the second time it was my friend

18     Pete; the third time -- yeah, there was three times.  Pete

19     was there and my girlfriend was there because --

20         Q    What's Pete's last name?

21         A    I couldn't tell you.  I have to ask him.  He lives

22     down the road from me.  See, I don't drive.  I have

23     epilepsy.  He's a neighbor of mine.  I've known him as Pete

24     and I asked him for a ride there.  I told him he could help

25     me clean up the place.

James Kennedy

1      Q    So you also cleaned the place up?

2      A    Not yet.

3      Q    Well, what was Pete doing there cleaning the place

4    up if --

5      A    I said, I told him he could help me clean up the

6    place. If I got to do everything after Vance was done, I

7    told him I could clean up the place and I said he could help

8    me also because he has a driver's license so he could take

9    all the garbage to the dump. The place is this deep in it

10   (Indicating).

11     Q    So what was the purpose of Pete going inside the

12   home?

13     A    Nothing. I showed it to him. I love that old

14   house. I've been there. I've known it and I let him look

15   at it.

16     Q    So you just invited him in and had him take a look

17   around?

18     A    I said, Yeah, told him this where we used to hang

19   out and showed him the cabana and the big swimming pool,

20   everything.

21     Q    You gave him a full tour?

22     A    Yeah.

23     Q    Okay. And did he also read the medicine bottles?

24     A    No. He didn't care about stuff like that --

25     Q    -- bank books?

James Kennedy

1      A    I didn't hear you.

2      Q    Did he read the bank books?

3      A    I still can't hear you.

4      Q    Did he read the bank books?

5      A    No, I don't think so.

6      Q    You said you've never met Alison?

7      A    I don't think so, no. If I had it would be years

8 ago.

9      Q    Have you ever spoken with Alison?

10      A    Not that I know of, no.

11      Q    Do you have some knowledge as it relates to

12 Alison's sex life?

13      A    Other than her sex toys laying on the floor in the

14 place. I would take it that they were her's, unless,

15 Mr. Thompson was a little bit more kinky.

16      Q    And you don't find that to be an invasion of their

17 privacy either?

18      A    Well, if you walk into a house that you're looking

19 at to clean up and there's a dildo on the floor, you're

20 going to close your eyes or just step over it. I didn't

21 touch it.

22      Q    So your job was -- has expanded from evaluating

23 what work needs to be done to also including cleaning and

24 then bringing your friend Pete in, we don't know his last

25 name, and to evaluate all of that and it took you six trips?

James Kennedy

1      A    Yeah.  I've been back and forth.  The house is as

2   big as five of these buildings.  It's gigantic.  The outside

3   too where there was a terrace, after we went back the fourth

4   or fifth time, is starting to break away from the house too.

5      Q    How long were you there the first trip?

6      A    I don't know.  Couldn't tell you.

7      Q    More than an hour?

8      A    You could ask Vance.  He would be able -- he's got

9   a better memory on time and stuff than I do.

10     Q    You don't have any general recollection of whether

11  you were there an hour or not?

12     A    No more than an hour, maybe 45 minutes, 30

13  minutes, something like that.

14     Q    How long were you there the second trip?

15     A    I do not know and I don't know or remember how

16  long.  I didn't have a stopwatch going on the other stuff.

17  What I was looking at was an abandoned house that my friend

18  rented out to somebody and we were going to clean up the

19  mess, that's it.

20     Q    Now, you said that you went on the Internet and

21  did searches with regard to Tommy Thompson.

22     A    I said I did a search about the book because the

23  front of the book, Ship Of Gold, said Tommy Thompson.  I

24  typed into the Internet about Ship Of Gold, Tommy Thompson,

25  and then I seen all the things about him:  Where is Tommy

James Kennedy

30

1    Thompson was one of them and then another one, Judge Issues

2    A Warrant.

3            When I seen that there was a federal warrant for

4    it and I knew it, it was my responsibility to say I know

5    this about what's going on so I called the Marshal.  The

6    Marshal showed up.  We went through everything.  I showed

7    him everything that I looked at that I seen.  And at the end

8    of that meeting I said to him, Now the detectives come,

9    right.  And he said, No, we are here for the body.  But he

10   also added that the people up north might really want to --

11   would probably really want to know about it.  That's why I

12   got ahold of the people up north.

13       Q    Now, your tour with the Marshals, is that a

14   separate tour from the other six?

15       A    No.  I would say that was one them.  And don't

16   quote me on the six.  I said it was five or six.  I don't

17   know or remember exactly.  You don't have to be, you know,

18   as far as deposing me, sir, you don't have to do it like

19   that.  You can ask me the questions.  I'll give you an

20   honest answer.  I've got nothing to hide.

21       Q    I'm looking for an honest answer, that's all we're

22   asking you to give but I want clarity and I want to know

23   second, two people, twice people were with you.  You

24   identified Vance and you identified Pete.  Now you've

25   identified a third time.

James Kennedy

31

1    A    Okay.  I forgot the Marshal.  Sorry.

2    Q    Okay.  Now, with the Marshal, it was one of the

3    last times you were there; is that correct?

4    A    Yeah, one of them.

5    Q    Was it the last time?

6    A    No.

7    Q    What did you point out to the Marshal?

8    A    Every single thing that I seen that seemed out of

9    order.  Inside the cabana there were tubes this big

10   (Indicating), this big around, galvanized pipes with caps,

11   sealer, and all kinds of other things.  While we were

12   walking through he said to his other men that were there to

13   be careful that the place is probably booby trapped because

14   it looked like it was there for pipe bombs.

15        When I looked at it you can see because the box is

16   open and laying on the floor and I can read and I have

17   worked on pipes before, there's big steel caps, the steel

18   pipes, sealer, and spray to seal them.  The only thing you

19   use pipes this long for with caps on the end is to put

20   something in.  So I had the idea because Vance told me

21   before that the guy always gave him, like, smelly, old

22   100-dollar bills and I said, Well, how much you want to bet

23   he's sticking money in those and burying it out there or

24   throwing it in the water, that was that.  And I said that to

25   the Marshal also.

James Kennedy

1    Q    And that was all based on seeing a metal tube?

2    A    No.  That's based on seeing a box of them

3  (Indicating) this tall, boxes, and others and other empty

4  ones and then a plastic box with a bunch of caps and a bunch

5  of other sealers and things in the box that is in plain view

6  just like the Mountain Dew bottle on your table there.

7    Q    But you didn't see any --

8        MR. FREVOLA:  For purposes of clarity can he

9        describe when he said, "this tall."  I have no idea

10       what the height of what he's talking about is.

11       THE WITNESS:  Well, the boxes, each individual box

12       has about six of the pipes in them (Indicating), okay,

13       and then there's probably five boxes of them tall and

14       then two or three that are opened.

15  BY MR. ORGAN:

16    Q    So you're working theories were that either he was

17  stashing cash in them and burying it out at sea --

18    A    I didn't say anything about burying it out at sea.

19  Do not put words in my mouth, attorney.  I said that I

20  thought he would stick them in the water because the

21  Gracewood mansion, around it there's a lot of water out

22  there:  There's old retention ponds; there's flow well ponds

23  from when there used to be groves there, they're big

24  concrete, like, a small well.  And my imagination, I thought

25  about it, if I was somebody that was hiding money or doing

James Kennedy

1    what the Internet is saying:  Throw it in the water.  That's

2    where my idea came from.

3         Q    And beyond your search on the Internet, you really

4    know nothing else about this case?

5         A    No, sir.

6         Q    Okay.  And now, you didn't see any cash, correct?

7         A    No.  But I saw the wrappers.  There's

8    10,000-dollar wrappers all over the place.

9         Q    Yeah, that wasn't my question.  My question is:

10   You didn't see any cash, did you?

11        A    No.

12        Q    You didn't see explosives, correct?

13        A    No.  No.

14        Q    But the two working theories were that these pipes

15   were used to either stash cash or create explosives?

16        A    That's what I thought and that's also what the

17   U.S. Marshal thought so...

18        Q    When was the last time you saw Tommy Thompson?

19        A    It's been a long time.  I can't tell you for sure,

20   but it's been a long time, years, that I've actually seen

21   his body, yes.

22        Q    And you don't know who Alison Antekeier is?

23        A    I do not know her personally, no.

24        Q    So the last time you had any contact with either

25   of them:  One, never, but the other is years?

James Kennedy

1    A    Yes.  At least.  I may have bumped into them and
2  not remembered them in, you know, in public or something
3  like that but that's it.

4    Q    You said you're taking two medicines for your
5  severe epilepsy.  Can you identify those again.

6    A    Tegretol and carbamazepine -- or carbamazepine is
7  the Tegretol and Dilantin.

8    Q    Have you taken those today?

9    A    Yeah.

10    Q    Do you take those every day?

11    A    Have to.  Yes, sir.

12    Q    And do those have any impact on your ability to
13  comprehend a question and respond?

14    A    I don't know about -- it's, it's, it affects your
15  memory, your short-term memory and things like that really
16  bad.  I have a lot of times -- I have people --

17    Q    Affects your long-term memory?

18    A    Some, yes.  Because I have people that come up and
19  talk to me, Hey, how have you been and everything.  I can
20  remember their face kind of but until they talk to me a
21  little bit, sometimes... I'm completely in my mind, I'm
22  going, Okay, who is this, who is this.  And then, they say
23  something and it (Noise) clicks and I can remember who they
24  are.

25    Q    Are there events that you don't recall that others

James Kennedy

1    have to remind you of?

2         A    Yes.  A lot.

3         Q    It happens frequently?

4         A    Yes.

5         Q    Now, we talked about items that you looked at that

6    were out in plain view.  How do you explain picking up a

7    tape recorder and pressing play?

8         A    Well, I'll show you (Indicating).  This is a tape

9    recorder, push play (Indicating).

10        Q    I understand how it's done.  My question is:  Why

11   would it be done if you're in a house to evaluate the damage

12   done to the house and give an estimate as to work that needs

13   to be done?

14        A    Why?  Because it was laying there and I wanted to

15   just because it was laying there and I did.  This house

16   from -- Let me finish too, please.  Here's an abandon house,

17   let's imagine this.  You own the house.  You say to me,

18   James, we're going to clean it up so I, you know, get the

19   mess out of it; as I'm looking around and assessing the

20   damage and all the garbage that is literally in, like, in

21   the kitchen piled up halfway to the ceiling (Indicating),

22   there's a tape recorder on the floor, I pick it up and hit

23   play.  That's what I did.  That's how I explain it.  The

24   house was abandoned.  That's what I was told.  That's what I

25   was under the assumption and that's why.

James Kennedy

1    When I called the U.S. Marshal back this morning

2  and told him that I was here, he explained to me that what

3  these people have done was paid the rent to put a stop to

4  what was going on so people couldn't go in there and look at

5  it.

6    Q    So you said that you picked up the tape recorder

7  and listened to it.

8    A    Yep.

9    Q    But you could have cleaned the house by just

10  throwing the tape recorder out.  You didn't have to listen

11  to it, is that true?

12    A    Nope, you're right, I could have just thrown it

13  away.  But you know what?  If Vance tells me to finish doing

14  the job, I'll throw the tape away and I'll keep the tape

15  recorder and sell it at the flea market rather than throw it

16  in the garbage.

17    I'll take the silverware and the junk that's

18  laying around in there that doesn't belong to

19  Mr. Fairweather and give it to some of the other old folks

20  that live down there that don't have much and things to

21  that.

22    The clothes that are laying around will go down to

23  the thrift shop for the church down the street.  Anything

24  that doesn't belong to Mr. Fairweather that he doesn't want

25  will go in the garbage.  That's the way we do it.  We clean

James Kennedy

37

1    up the place after the people are gone.

2        Q    Did you recently tell a U.S. Marshal that Tommy

3    Thompson and Alison Antekeier have been at the residence

4    within the last few days?

5        A    I thought so, yes.  Because one of the times I

6    went in there, there was a coffee cup there that wasn't

7    there before.  When we were in the house with the Marshal,

8    which was the following day after I went in there the first

9    time with Vance, I remember that, I told him that coffee cup

10   that's over there wasn't there before.

11       Q    So your conclusion was either Tommy Thompson or

12   Alison Antekeier had been at the home?

13       A    That's what I guess but I can't say that for sure

14   because the back window on the back porch the -- there's a

15   large back porch and the bottom glass out of the window is

16   gone and there are a lot of kids.

17            And as a matter of fact, the one night we went out

18   there with Vance when I walked around the back of the house

19   while he was looking at everything, four or five carloads of

20   kids that hang out on the back of the property were taking

21   off out of the back back there because there's a huge piece

22   of property that's connected to it and the kids go back

23   there and hang out and anybody could go in that place.

24       Q    So it's true that could have been anyone who left

25   the coffee mug?

James Kennedy

1    A    Yes, sir, it could be anybody.  There's a problem

2    here in Vero Beach, there's a lot of homeless people and

3    when houses get empty and they have access, they go in.

4    That's one of the reasons we check on them over and over

5    again because you'll find they do awful things:  They'll

6    crap on the floor, they'll tear things up; they'll set fires

7    in the middle of the houses to cook stuff.  You got to keep

8    up with it or it gets destroyed.

9    Q    The U.S. Marshal has represented that a caretaker,

10   who we've since identified as you, told him that Tommy and

11   Alison had recently been in the home.  Is that what you

12   recall telling the U.S. Marshal?

13   A    I told them because of what I seen right there

14   (Indicating).  Their last assumption by from what I remember

15   because there was a... one of the marshals there was a

16   colored man that looked at a lot of the paperwork and stuff,

17   he picked up a newspaper that said, August, I think, I think

18   it was August, and he said to the head officer that that was

19   the most recent date of any paperwork that he could see and

20   they assumed that it was in August.

21   Q    Okay.  But you told him -- Have you since told

22   them you're just guessing as to whether Alison or Tommy had

23   been there?  It was just based on a coffee mug?

24   A    Don't remember.  I don't remember what my exact

25   words were.  I do remember saying to him that I don't

James Kennedy

1    remember seeing the coffee cup beside the bed there.  It's

2    from 7-Eleven, I think -- no.  Cumberland Farms.  It was

3    either Cumberland Farms or 7-Eleven coffee cup.

4         Q    Was anyone else there when you went through with

5    the Marshals?

6         A    I don't remember.  I don't know.  Maybe Pete drove

7    me up.  You can call the Marshal and ask him.  I'm sure

8    they'll tell you.

9         Q    Do you know if Pete was interviewed by the

10   marshals?

11        A    When you say "interviewed," I don't know.  I

12   called them to my house.

13        Q    Okay.

14        A    Yeah, Pete was there because he rode over in one

15   of the cars with them.

16        Q    So you believe Pete was also interviewed by the

17   marshals?

18        A    There was no interview.  When you say "interview,"

19   all I did was call them up and say, Hey, I've got

20   information that might lead to somebody you're looking for

21   because of what I read.

22        Q    Let me see if I can be clear.  Generally speaking,

23   when an officer asks questions and somebody responds, we

24   refer as to interview a witness.  Did that occur in your

25   instance?  Did they interview you?

James Kennedy

1    A   Yeah, he talked to me.

2    Q   Did he talk to Pete?

3    A   I'm not sure. I don't know. I mean, I don't

4 remember seeing them stand there talking back and forth to

5 each other. Pete's, Pete's an older fellow, just kind of

6 stands around.

7    Q   And what's your girlfriend's name?

8    A   Shelley.

9    Q   What's Shelley's last name?

10   A   Hallock.

11   Q   How do you spell that?

12   A   H-A-L-L-O-C-K.

13   Q   Do you know if she was interviewed by the officer?

14   A   No. She seen them because she lives at the house

15 with me. When they showed up there, they showed up in three

16 different vehicles.

17   Q   So she did not speak with the deputies?

18   A   No, I don't think so. No.

19   Q   Did you go through the barn?

20   A   The barn's empty.

21   Q   There's nothing in the barn?

22   A   Well, Mr. Fairweather's stuff. There's shutters

23 for the house in there. And in one of the barns there's

24 some -- it seemed out of place because the whole house is

25 covered in bags and garbage and one barn there was a couple

James Kennedy

1    of Ziploc bags in there too.

2        Q    And what were those?

3        A    Nothing.  Well, no, wait.  There was a cigar butt

4    and then there was a box of cigar-things inside of the barn

5    on the floor.

6        Q    How about in the garage of the house, the two-car

7    garage, what were in those bags?

8        A    Just garbage.

9        Q    When you say "garbage," clothing or garbage as in

10   household trash or --

11       A    I opened up two of them to make sure there wasn't

12   any rot in it and just household trash.  But now in the

13   kitchen right outside the garage door -- see, from the

14   kitchen you can pass through the room and go into the

15   garage, there's a pile (Indicating) literally that is this

16   high of Duncan Donut boxes and wrappers and bags and garbage

17   and trash, it's ridiculous, pizza boxes, soda bottles, the

18   refrigerator is packed full of rotten food, the sink had

19   moldy food on it.

20       MR. ORGAN:  Hold on a second.  Hold on a second.

21   We've got to get Mr. Frevola back on the line.

22       THE WITNESS:  Yes, sir.  Is it okay if I go smoke

23   a cigarette?  Do I have enough time for that?

24       MR. ORGAN:  I don't think so.  We're almost

25   finished.

James Kennedy

1    THE WITNESS:  Okay.

2             (PHONE RINGING.)

3    MR. FREVOLA:  Mike Frevola.

4    MR. ORGAN:  Hey.  We have you back on.

5    MR. FREVOLA:  Sorry, guys.

6    MR. ORGAN:  That's all right.

7    MR. FREVOLA:  Okay.

8    THE WITNESS:  Can I say something?

9    MR. ORGAN:  Hold on a second.

10  BY MR. ORGAN:

11       Q    Has anyone else to your knowledge told the U.S.

12  Marshal Service that Tommy Thompson/Alison Antekeier have

13  been at the residence within the last few days?

14       A    I don't know.  Vance may have talked to them and

15  told them about -- because Vance told me this morning that

16  someone dropped off money for the place so he might have

17  talked to them but he didn't tell me --

18       Q    You're just guessing, you don't know?

19       A    No, I don't know.  I did.  When I was outside

20  waiting on -- while Vance was in this room being deposed I

21  called them and told them because Vance told me that they

22  had dropped off money with him.  So I called the Marshal up

23  and said that because I told him that anything I heard about

24  it I would call him and tell him and he said that he knew

25  that.

James Kennedy

1    Q    You called the Marshal -- I'm sorry.

2    A    Sir?

3    Q    You called the Marshal and told him what?

4    A    That the money had been dropped off at Vance's

5    place because Vance told me about that.

6    Q    Okay.  Did you tell him by whom?

7    A    No, I don't think so.  You can call him and ask

8    him.  It's the Marshal where you guys are up north.

9    Q    No, I understand.  I just want to be clear:  You

10   don't know who dropped the money off, do you?

11   A    No.  I have no idea.  I don't think it was them

12   anyway.

13   Q    The only reason you have knowledge that money was

14   dropped off is because Vance told you and you told the

15   Marshal?

16   A    Yep.

17        MR. ORGAN:  That's all I have.  Thank you.

18        THE WITNESS:  Yes, sir.  Can I say one other

19        thing?  I didn't mean to be, like, rude towards you or

20        anything but I don't have anything to hide and I would

21        tell you the truth about all of it.  That's why I'm

22        here today.  I could have been, like, most people and

23        kept my mouth shut.  But from what I seen on the line

24        and heard and everything, there were a lot of people

25        that have money taken and got hurt.  And if it was my

James Kennedy

1   money, I would want somebody else to tell them for me.

2       MR. SZOLOSI:  Okay.  Do you have anything, Chris?

3       MR. TROLINGER:  I have a couple of follow-up

4   questions, Mr. Kennedy, if you don't mind.

5       THE WITNESS:  Yes, sir.

6           CROSS-EXAMINATION

7   BY MR. TROLINGER:

8       Q    You spoke about finding a mammoth bone.  Can you

9   discuss that a little bit.

10      A    What relevance does that have with this?

11      Q    You indicated that if someone had taken money from

12  you or you got kind of screwed over that you would want

13  somebody to look into that.  Anything regarding that mammoth

14  bone occur regarding that?

15      A    Yeah.  I've had, I've had just pretty much the

16  same situation.  I talked to that man on the phone, Gil,

17  about that because, you know, him and I talked and he seemed

18  very friendly and nice.

19          It seems, like, every single time anybody finds

20  anything that's worth five cents, there's 500 worms that

21  come out of the woodwork to steal it from you.  And when I

22  found the mammoth bone, there were people that tried

23  everything they could to take it away from me.

24      Q    And did that anger you?

25      A    No.  It kind of sickened me.  It makes me want to

James Kennedy

1   move up north further away from this place is what it makes

2   me want to do.  I feel bad for that.  And, you know, I

3   thought about this a lot.  And one of the articles said that

4   some people from the 1800s that were insurance companies

5   when they came back from that boat trip and they'd found

6   that thing, they were sitting there on the dock waiting for

7   them to tell them, no, you can't have the money and it kind

8   of in my mind I'm thinking to myself, you know, if you

9   wanted it, why the hell didn't they go out there and find

10  the ship and go down and find it.  They wait for everybody

11  else to it and then they come and steal it.

12          The same thing happens with the treasure boats

13  here:  These guys go out here, they pay thousands of dollars

14  to rent an area over one of the boat spots, if they find

15  anything the law says they got to give it to the state for a

16  year and if the year -- if before the year is over the state

17  says, Ah, we're keeping it, they keep it and if not, they

18  get to get it back.  The U.S. Government bends us over every

19  spot that we can get and that's what happens.

20          And from what I'm looking in my mind, I thought

21  two or three things because I've got a bit of an

22  imagination, but you got a man that goes out and goes

23  through all this because Gil had told me himself what a

24  wonderful and intelligent human being Mr. Thompson was and

25  in my mind there's one or two things:  Either he totally

James Kennedy

1    screwed everybody over, which is one and what everybody

2    says, or No. 2, he went out and busted his ass, found

3    something like he was supposed to, did his job, and then

4    before he had a chance to do anything had 100 nut lawyers

5    knocking on his door saying we're taking it away from you

6    and then he's stuck with not enough money to pay for

7    everybody else that he had work for him. What is he

8    supposed to do? I would disappear if I could too.

9        Q   All right. Thank you very much. I'm going to

10   move on to just another couple of questions, hopefully, to

11   get you out in time to get something to eat.

12       A   Thank you.

13       Q   You mentioned a computer that you researched the

14   Ship Of Gold book.

15       A   Yes, sir.

16       Q   What computer are you referencing?

17       A   My laptop at home and Pete's computer too.

18       Q   Okay. And were there any computers at the

19   residence when you went into Mr. Thompson's residence?

20       A   No. They're all, they're all gone. Now, before

21   when we went there, the time that I explained when he came

22   outside with the, you know, the stains on his underwear,

23   there were two wires and the wires are still there, there's

24   two wires that are ran from the main house over to the

25   cabana and there were tables, you know, fold-out plastic

James Kennedy

47

1    tables like you buy at the store and they had laptops and

2    computers all over them from what you could see through the

3    sliding glass doors standing on the floor outside the cabana

4    because the whole front of it, it's probably 40 feet or

5    20 feet wide of sliding glass doors.  You can see all these

6    little laptops opened and hooked up and papers everywhere.

7    It's just always a mess.

8          But there were a lot of computers there but there

9    was not none there now.  There's a lot of discs laying

10   around but they're in little packages and they're brand new.

11   It looks like a tornado went through the house.

12   Q    When you saw the vitamins, were they holistic

13   vitamins?  How would you describe those?

14   A    I don't know.  I didn't pick the bottles up but

15   you could see it and you know what vitamins smell like.  If

16   you walked down the vitamin aisle in a pharmacy that, oh,

17   what I put it -- that earthy smell, that's what it's like.

18   And there's a plastic bin full of them.  There's a bunch of

19   them laying around everywhere.

20   Q    Did you see any vehicles while you were at the

21   residence?

22   A    Yes, sir.  There's two Chevy vans; there is a

23   large box truck that says Budget on one of -- on the flap on

24   the back, I remember that; there is a, excuse me, there is a

25   large camper called a Boogie Box and there's two little pull

James Kennedy

1    behind trailers, like, lawn servicemen use.

2        Q    Okay.  Regarding the vans, how would you describe

3    the vans?

4        A    Well, they were very nice but he drove them there

5    and parked them and they never moved.  They are sitting on

6    flat tires.

7        Q    Would you describe them as junk?

8        A    Now, yeah.  But one of the things that we did do,

9    we ran the serial numbers through, you can see it through

10   the window, the VIN number, to find out if they were stolen

11   or whose they were.  And they said that they were registered

12   to him.  And a friend of mine looked it up and said they

13   paid, like, $10,000 a piece for the vans.

14            On the Boggie Box there's a 1-800 number from the

15   place it was bought from and I called that place, gave them

16   the serial number, and they said they paid, like, $20,000

17   for it and that it had never been registered.  The box truck

18   is locked up, you can't see anything.

19            So pretty much what had happened, it seemed to me,

20   is that they loaded up a bunch of vans and trucks and

21   trailers and drove down here and parked them on the driveway

22   and that's where they've been, but I can't say that because

23   I don't know for sure.

24       Q    And then the two pull-behinds, did you do any

25   research regarding those?

James Kennedy

1      A     No.  You can't see a serial number on those

2   things.  I mean, they're literally -- the tongue of one of

3   them is kind of sunken into the ground even.

4      Q     Did Shelley Hallock ever go to the property?

5      A     Yeah.  But she doesn't -- Shelley, she's a germ

6   freak.  When she smelled the inside of the place she don't

7   want to do nothing to it.

8      Q     How many times did she go?

9      A     Once.  I showed it to her because I have a lot of

10  history with that house.  I've told her about it before.

11     Q     And when did you take her?

12     A     I don't remember which time it was or the date.

13     Q     This year?

14     A     Yes.

15     Q     You believe it to be since August?

16     A     Yeah.  It was one of the few times that I've been

17  there.  I took her over and let her see it too.  It's a

18  beautiful, beautiful house.  It's just in shambles now.

19  There's a huge -- in the bedroom upstairs there's a giant

20  hole in the roof where they -- all the tiles had fallen down

21  and the same type of blue tape and plastic that's covering

22  up the cabinets that have fallen off the walls in the cabana

23  are over it too.

24     Q     And have you seen Mr. Thompson's personal vehicle?

25     A     It was a Lincoln, I remember that.  And then

James Kennedy

1  yesterday or the day before yesterday, I had an idea in my

2  mind because the Google people that drive through and take

3  the pictures with the camera on top of the car when they're

4  doing the road maps and all that, they were here recently

5  within the last year, I remembered that part.

6  　　　　So I went on the Google map thing, Google Earth,

7  and when I put the address in there you can see the box

8  truck, both the vans, the two little ones, the two little

9  trailers, the big camper, but then there are -- were two

10  white cars on there too it looked like.

11  　　　　So I think that time, I think, I called the

12  Marshal and said, Hey, if you want to identify the cars

13  probably, you know, because I imagine the government's got a

14  better satellite picture than we've got on Google, there's

15  two cars sitting on the driveway in that picture so if

16  you -- I mean, you guys are attorneys.  Subpoena Google and

17  find out when the picture was taken and you will know for

18  sure that they were there then.

19  　　　Q　Did you see Mr. Thompson driving that Lincoln?

20  　　　A　I don't remember seeing him driving it, no, sir.

21  But I know it was his because Vance told me one of the times

22  went over way back when I told you me and Big John went

23  there, he said, If there's a Lincoln Town Car there that

24  means they're home.

25  　　　Q　Have you seen that Lincoln Town Car?

James Kennedy

1     A   That time. Not recently though, no, except for in

2   the picture on the Google map.

3     Q   Have you ever seen that Lincoln Town Car other

4   than on Google map?

5     A   Yes.

6     Q   When was the last time you saw the car?

7     A   When I went up there to the door and knocked on

8   the door and the lady stepped away from the window the car

9   was there. That's why I went ahead and knocked on the door.

10     Q   Was that the Lincoln or a Grand Marquis?

11     A   Pretty positive it was the Lincoln but, you know,

12   something? I can't say that for sure.

13     Q   So you don't know if it was the Lincoln for sure?

14     A   I don't know, no, sir.

15     Q   Okay. Do you have any plans to go back to that

16   house?

17     A   No. I put the -- the U.S. Marshal guy asked me to

18   put a chain around the front of it for the purposes of what

19   you guys are doing and I put a chain on it. I'm not going

20   near it because right now the way it stands, I don't want to

21   be in the way of anybody's stuff or evidence or anything.

22     Q   Well, did you take anything from the house?

23     A   No.

24     Q   Did you take pictures?

25     A   Yes. Yes. I'm sorry, I lied there. I did take a

James Kennedy

1    lot of pictures of it so I did take something from the

2    house.

3        Q    And where are the pictures now?

4        A    I gave the chip to Vance because he was going to

5    send it to Mr. Fairweather to let Mr. Fairweather know

6    what's wrong, what's wrong with the house.  It's a digital

7    camera that I have that takes these little square, slide in

8    things that they call it a chip.

9        Q    While you were at the house did you see any

10   documents that bore the name Columbus Exploration, L.L.C.?

11       A    No.  But I seeing something that said something

12   about Odyssey.  And I told that man Gil about that and he

13   said it was something to do with something but I don't

14   remember exactly what he said.

15       Q    Did you see any documents or anything that bore

16   the name Recovery Limited Partnership?

17       A    I can't say for sure because there's thousands of

18   things just laying all over the place.  It's, like, imagine

19   this, you see all the paperwork on the table you've got

20   there?  Imagine if you just strew it all over the place and

21   walked in the room, that's how it is.

22       Q    And do you recall seeing anything that bore the

23   name Columbus America Discovery Group, Incorporated?

24       A    No, sir, I don't remember.  I do remember seeing

25   something that said Nancy Spielberg.

James Kennedy

1     Q   Do you know who that is?

2     A   I relate it to Steven Spielberg and that's the

3  only Spielberg I know of.

4     Q   Fair enough. Earlier you mentioned a bank book or

5  a bank account and you've referred it as having millions, do

6  you recall that?

7     A   There's a piece of paper laying in the cabana, if

8  you walk into the cabana it was one of the ones on the

9  floor. Now, the U.S. Marshal guys, that was the one thing

10  they were interested in because he said if he could find

11  anything about accounts he needed to take pictures of it so

12  they could freeze the accounts. That's what the U.S.

13  Marshal said. So they may have taken that or picked it up

14  or done something, but there was one.

15       And I remember, I don't remember which bank it

16  was, but it was over a million dollars in it because it said

17  balance right on the bottom of it in plain view and it says

18  over a million bucks. But I think that was... it wasn't

19  the... don't think it said Tommy Thompson. I think the name

20  was Wally. It was a different name. I can't remember what

21  the other name was. When I talked to that man Gil, there

22  was another name he referred to him as and he said, Yeah,

23  that's, that's Tommy.

24     Q   Do you recall whether or not you saw two bank

25  books or how many bank books you saw?

James Kennedy

1     A   There's more than two. And when I say "bank

2 books," I'm just talking about checkbooks that are laying

3 out.

4     Q   And as you walked through the house did it look

5 like they had money?

6     A   Well, if you're paying $3,000 a month, yeah,

7 you've got money. And if you walk into the... where the

8 dining room is, there's probably a thousand dollars worth of

9 vitamins in there, if not more. The fact that he's got a

10 25,000-dollar trailer that was bought brand new and drove

11 down and never registered; the fact that the box truck is

12 probably $10,000; the fact that the van, I know for a fact

13 one of them was $10,000 was paid for it because that's --

14 when we ran the numbers to see if they're stolen or not it

15 came back as him and it comes back and shows you what was

16 paid for it, the year, make, and model and everything.

17     Q   And how do you know it wasn't registered?

18     A   I said, the van, I didn't know about the van. But

19 the Boogie Box didn't have -- there's no tag on it and it

20 still has where the license plate goes it still has the sign

21 of where they bought it.

22     Q   Why would you run the VIN numbers?

23     A   To tell Vance whether or not somebody put

24 something stolen there. The VIN numbers are on the outside

25 of it on the tongue of the trailer. That way if it's hot,

James Kennedy

1    they could come in there and have the police take that out

2    too.

3        Q    When you saw the lady in the window, was that

4    about three years ago, would you say?

5        A    Somewhere.  I can't remember for sure, man, but it

6    it's been a long time.  I don't know.

7        Q    Would that be about right?

8        A    I do not know.  I can't remember.

9        Q    But it has been a long time?

10       A    It's been a while, yeah.

11           MR. TROLINGER:  Okay.  I don't have any other

12   questions.

13           MR. SZOLOSI:  I do.

14           MR. FREVOLA:  Mike, Mike, Mike.

15           MR. SZOLOSI:  Yeah.

16           MR. FREVOLA:  I want to take a couple moments to

17   speak with you.

18           MR. SZOLOSI:  All right.  Can we go off -- You

19   want to take a break?

20           MR. ORGAN:  Yeah.  Why don't we hang up on this.

21   Why don't you call him at this number and we'll call

22   him back on --

23           MR. SZOLOSI:  Yeah.  Very good.

24           UNIDENTIFIED SPEAKER:  You can take that smoke

25   now, Mr. Kennedy.

James Kennedy

1   THE WITNESS:  Oh, thank you.

2   (Whereupon, a short recess was had.)

3   REDIRECT EXAMINATION

4   BY MR. SZOLOSI:

5   Q   Mr. Kennedy, during the time I questioned you and

6   we were talking about you going to the big house, that is at

7   this Gracewood mansion, and if you saw a lady in the window

8   and you tried to speak to her, you weren't sure when that

9   occurred, right?

10   A   Not positive, no.  I don't know the date, sir.

11   Q   But you are sure you went in response to a request

12   from Vance Brinkerhoff?

13   A   Yeah.  Yeah.

14   Q   And that was because he hadn't collected enough

15   rent that he wanted you to go out and collect it?

16   A   Well, I don't think he really wanted me to go,

17   like, take the money from them but to see if they were

18   around because what it was, they weren't -- he didn't think

19   they were answering the door for him or something.

20   Q   Okay.  And that is, whatever time period that is,

21   it's when Vance Brinkerhoff decided to ask you for your

22   assistance?

23   A   Yes.  But there's been more than, there's been

24   more than one time that that has happened.

25   Q   Okay.  All right.  And was this the most recent

James Kennedy

1   time or you don't know that either?

2       A   No, that isn't the most recent time.  That was the

3   time, that was the last -- yeah, as far as go ask them for

4   rent?  Yeah, that was most recent time.

5       Q   Okay.  And so whatever his testimony is with

6   respect to the timing, you would defer to him?

7       A   Yeah.  I believe Vance has got a better memory

8   than I do.

9       Q   All right.  And, you know, you mentioned, for

10  example, that you saw a coffee cup that was then either from

11  7-Eleven or a second establishment --

12      A   Yeah.  There's two places right around here:

13  Cumberland Farms, is a little store, and then there's a

14  7-Eleven.  I believe it was 7-Eleven but I'm sure that the

15  Marshal guy would be able to tell you that.

16      Q   All right.  Well, what I want to ask is, you've

17  also told us because of the medicines you take for epilepsy

18  sometimes your memory's not as good --

19      A   Yeah.

20      Q   -- you have gaps, right?

21      A   Yes.  It comes and goes.  It's, like, right now I

22  can -- I see you and I remember your voice because I think I

23  talked to you on the phone before, didn't I?

24      Q   Yes.

25      A   Okay.  So I remember your voice and everything but

James Kennedy

1    if, say, for instance, if we didn't talk for two or three

2    days and I seen you at a restaurant, I would know that I

3    knew you but until you say, you know, this, this, and this,

4    then it clicks.

5        Q    And when it clicks, has it been accurate in your

6    memory?  When it clicks --

7        A    Yes.  When I remember.

8        Q    Is what you recall accurate?

9        A    Yeah.  When I can get it there it does.  But

10    there's times that I have people come up and say, Hey, how

11    you been and they're shaking my hand and I have no idea who

12    they are.

13        Q    Okay.  The name that you saw on the bank statement

14    for a million dollars, would it have been Phyllis Thompson?

15        A    No.  It was a guy's name.  I can't --

16        Q    Harvey?

17        A    Yes, that's it, Harvey Thompson.  I was thinking

18    Wally or Wallace or something like that.  That is it:

19    Harvey Thompson is on that.

20        Q    All right.  And the boxes that you saw about the

21    professional grade service things, how many boxes were that?

22        A    Five, I'm almost positive.

23        Q    Were they empty or full?

24        A    Yeah, they're empty.  They're tall, real hard

25    blue, plastic boxes.  They're, approximately, maybe

James Kennedy

1    10 inches long.  Now, on the end of each one of them there's

2    a number taped on there, like, I'm not quoting this, but,

3    say, 1 of 10 or 25 of 500 or 300, something like that, on

4    each one of them.  But all the boxes are empty.

5        Q    Okay.  And do you remember returning to this

6    property after you had gone to dinner and finding lights on

7    recently?

8        A    Yeah.  It wasn't that I went -- I remember what

9    that was.  Vance had said when he was over there that there

10    was no lights on and when I went back the time to see there

11    was, there was lights on.  But at the same time, the light

12    that's in the living room that was on, the shade that was

13    over, it was a plastic shade, and when we went in there, I

14    bumped that and it literally crumbled into dust so it's,

15    like, it's been on a long time.

16        Maybe, maybe because it was daylight when Vance

17    went there the one time he didn't see the light because at

18    nighttime you can see the light.  And I looked on the plug

19    in and there's no timer on it or anything so either he

20    didn't notice the light or someone had been back in there

21    and turned it on.

22        Q    How many boxes of cap, pipes, and sealers do you

23    recollect seeing?

24        A    Five or six.  There was some empty ones.  There

25    are solid -- they're, approximately, oh, fifteen inches,

James Kennedy

60

1   eighteen inches wide, maybe twenty inches long and they're,

2   I think, four or five... the pipes are, approximately, like,

3   this big around (Indicating) and in each one of those

4   boxes -- They are about that big around (Indicating).

5       Q   Is that, like, three inches in diameter?

6       A   I'd say four.  They're big, really big pipes.  And

7   then, there are these huge steel caps for them but they're

8   threaded at both ends.  They're just short tubes.

9       Q   All right.  And with respect to Alison Antekeier,

10  when you went through the house did you see photographs of a

11  woman?

12      A   Yes, I saw a photograph of a woman but I think one

13  of the Marshals said that's not the lady Alison.  There was

14  a picture of a lady in there with a little boy and that was

15  laying on the floor too or on the bed out in the open.

16      Q   Well, and that's the picture the Marshal said

17  wasn't Antekeier?

18      A   I think so.  I'm almost positive.  You would have

19  to look at it and see if it's her yourself.

20      Q   Do you know if you saw any pictures of Alison

21  Antekeier from whatever anyone else said?

22      A   Don't remember.  I don't think so because I don't

23  know her.

24          MR. SZOLOSI:  Okay.  That's all I have.  Thank

25      you.

James Kennedy

1        THE WITNESS:  Yes, sir.

2        MR. ORGAN:  I have no questions.

3        MR. TROLINGER:  I think I have one question.

4        THE WITNESS:  Yes, sir.

5                RECROSS-EXAMINATION

6   BY MR. TROLINGER:

7        Q    You said that you spoke to Mr. Szolosi on the

8   phone prior to today's date, the gentleman who was just

9   asking you questions?

10       A    Yeah.  Because I remember his voice.

11       Q    Okay.  Did Mr. Szolosi tell you anything about

12  this litigation?

13       A    No.  As a matter fact, I remember asking him, you

14  know, to tell me -- I was getting ready to ask him that

15  again -- what exactly all has happened because I'm only

16  going on what I assume and what I've read.  And he said he

17  can't tell me that until they talk to me here.

18       MR. TROLINGER:  Okay.  Thank you.  I have nothing

19       further.

20       THE WITNESS:  Can I ask a question though?  Would

21       you guys at least tell me what the whole story is now

22       that...

23       MR. SZOLOSI:  Well, we cannot at this point, we

24       cannot.  But we do appreciate your time and we want to

25       express our appreciation for you coming here today

James Kennedy

62

1 voluntarily. Thank you.

2  THE WITNESS: Well, I want to make sure -- you

3 know, I figured I was doing the right thing because I

4 seen the Marshal-thing there that there's a warrant for

5 the guy and, you know, all the things saying that he

6 had hurt people or taken their money.

7  I'll tell you one thing though, I'm not bothering

8 with it again. Next time I'm doing what everybody else

9 does: Turning my head so I don't have to go through

10 it.

11  MR. SZOLOSI: Well, thank you for your time today.

12 Mr. Court Reporter, I will be ordering but I'd like to

13 get back to you and get rates later. I'm late for an

14 appointment.

15  (Whereupon, the reading and signing or waiving of

16  the reading and signing of the deposition was

17  given by the reporter.)

18  (Thereupon, at 1:12 p.m., the above-entitled

19  deposition was concluded.)

20  STIPULATED and AGREED by and between counsel for

21 the respective parties and the witness that the signature of

22 the witness to the deposition and the reading of same be

23 waived.

24

25

1   STATE OF FLORIDA            )
                               : SS
2   COUNTY OF INDIAN RIVER     )

3

4                    CERTIFICATE OF OATH

5

6            I, GREGORY CAMPBELL, Notary Public of the State of
    Florida at Large, authorized to administer oaths, certify
7   that JAMES MATTHEW KENNEDY personally appeared before me and
    was by me first duly sworn to tell the truth.

8
             WITNESS my official seal this 23RD day of
9   OCTOBER, 2012.

10

11

12   _____
     GREGORY CAMPBELL, COURT REPORTER
13   Notary Public, State of Florida at Large
     (This signature is valid only if signed
14   in blue ink.)

15              GREGORY CAMPBELL
                MY COMMISSION # EE114179
16              EXPIRES July 29, 2015
     (407) 398-0153    FloridaNotaryService.com

17

18

19

20

21

22

23

24

25

Vero Beach Court Reporters

STATE OF FLORIDA )
                             : SS

COUNTY OF INDIAN RIVER )

## CERTIFICATE OF REPORTER

       I, GREGORY CAMPBELL, a Shorthand Reporter and Notary Public of the State of Florida at Large, certify that I was authorized to and did stenographically report the deposition of JAMES MATTHEW KENNEDY; that a review of the transcript was not requested; and that the transcript is a true complete record of my stenographic notes.

       I certify further that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which the deposition is taken, and, further, that I am not a relative or an employee of any attorney or counsel employed in this case, nor am I financially interested in the outcome of this action.

       DATED this 23RD day of OCTOBER, 2012.


                         GREGORY CAMPBELL, COURT REPORTER
                         Notary Public, State of Florida at Large
                         (This signature is valid only if
                         signed in blue ink.)