IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL H. WILLIAMSON, et al.,

    Plaintiffs,

V.

RECOVERY LIMITED
PARTNERSHIP, et al.,

    Defendants.

CASE NO. 2:06-cv-292
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

IT IS SO ORDERED.

1-16-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE