**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL H. WILLIAMSON, et al.,** | : | |
| | : | **Case No. C2-06-292** |
|     **Plaintiffs,** | : | |
|   **-vs-** | : | **Judge Algenon L. Marbley** |
| | : | |
| | : | **Magistrate Judge Kemp** |
| **RECOVERY LIMITED** | : | |
| **PARTNERSHIP, et al.,** | : | |
| | : | |
|     **Defendants.** | : | |

---

| | | |
|---|---|---|
| **THE DISPATCH PRINTING** | : | |
| **COMPANY, et al.,** | : | |
| | : | **Case No. C2-06-292** |
|     **Plaintiffs,** | : | |
|   **-vs-** | : | **Judge Algenon L. Marbley** |
| | : | |
| | : | **Magistrate Judge Kemp** |
| **RECOVERY LIMITED** | : | |
| **PARTNERSHIP, et al.,** | : | |
| | : | |
|     **Defendants.** | : | |

---

| | | |
|---|---|---|
| **THE DISPATCH PRINTING** | : | |
| **COMPANY, et al.,** | : | |
| | : | **Case No. C2-06-292** |
|     **Plaintiffs,** | : | |
|   **-vs-** | : | **Judge Algenon L. Marbley** |
| | : | |
| | : | **Magistrate Judge Kemp** |
| **GILMAN D. KIRK, et al.,** | : | |
| | : | |
|     **Defendants.** | : | |

**<u>MOTION OF PLAINTIFF THE DISPATCH PRINTING COMPANY TO REACTIVATE</u>**
**<u>MOTION FOR SANCTIONS AGAINST DEFENDANT THOMAS G. THOMPSON</u>**

**MOTION OF PLAINTIFF THE DISPATCH PRINTING COMPANY TO REACTIVATE
MOTION FOR SANCTIONS AGAINST DEFENDANT THOMAS G. THOMPSON**

Plaintiff The Dispatch Printing Company ("The Dispatch") moves the Court to reactivate The Dispatch's motion for sanctions against Defendant Thomas G. Thompson ("Thompson"). The grounds supporting this motion are as follows:

1.      On October 16, 2013, The Dispatch filed a motion for sanctions against Defendants Thompson, Gilman Kirk, Michael Ford, and attorney Richard Robol. [Doc. No. 871]

2.      At the time of filing of The Dispatch's motion for sanctions, Thompson was a fugitive from justice pursuant to an arrest warrant issued by Judge Sargus.

3.      On November 15, 2013, this Court severed The Dispatch's motion for sanctions against Thompson and held it in abeyance until such time as he is apprehended and appears before this Court. [Doc. No. 887 at pg. 4]

4.      On January 27, 2015, Thompson was apprehended in Boca Raton, Florida by the United States Marshall Service. He is presently in the U.S. Marshalls' custody and is being transported to the Southern District of Ohio.

5.      The Dispatch therefore requests that, upon Thompson's return to this jurisdictional appearance before this Court, the Court reactivate The Dispatch's motion for sanctions against Thompson and set a schedule for the motion to be heard and decided.

Respectfully submitted,

/s/ Steven W. Tigges
Steven W. Tigges (0019288)
Bradley T. Ferrell (0070965)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
(614) 365-9900
(614) 365-7900 Facsimile
tigges@litohio.com
ferrell@litohio.com
Attorneys for Plaintiff The Dispatch Printing Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed with the Court's electronic filing system on this 12th day of February, 2015, which will send notice of this filing to all parties that have entered an appearance in this matter.

/s/ Steven W. Tigges
Steven W. Tigges (0019288)

532088_1

3