# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL H. WILLIAMSON, et al.,** | : | |
| | : | **Case No. 2:06-cv-00292** |
| Plaintiffs, | : | |
| | : | **Judge Marbley** |
| -vs- | : | |
| | : | **Magistrate Judge Kemp** |
| **RECOVERY LIMITED PARTNERSHIP, et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| | : | |
| **THE DISPATCH PRINTING COMPANY, et al.,** | : | |
| | : | **Case No. 2:06-cv-00292** |
| | : | |
| Plaintiffs, | : | **Judge Marbley** |
| | : | |
| -vs- | : | **Magistrate Judge Kemp** |
| | : | |
| **RECOVERY LIMITED PARTNERSHIP, et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| | : | |
| **THE DISPATCH PRINTING COMPANY, et al.,** | : | |
| | : | **Case No. 2:06-cv-00292** |
| | : | |
| Plaintiffs, | : | **Judge Marbley** |
| | : | |
| -vs- | : | **Magistrate Judge Kemp** |
| | : | |
| **GILMAN D. KIRK, et al.,** | : | |
| | : | |
| Defendants. | : | |

**ORDER**

## ORDER

Upon the motion of Plaintiff The Dispatch Printing Company (Doc. 1091), the Court hereby grants leave to Plaintiff to file the following materials under seal, as necessary:

- Plaintiff's renewed motion to compel discovery from Carl H. Linder and Linder Law Group and its memorandum in support thereof,

- Plaintiff's reply in support of its motion to compel.

**SO ORDERED.**

/s/ Terence P. Kemp
MAGISTRATE JUDGE KEMP
United States Magistrate Judge