IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael Williamson, et al., :

    Plaintiffs,
  v. : Case No. 2:06-cv-292

Recovery Limited Partnership,     JUDGE ALGENON L. MARBLEY
et al., :

                              Magistrate Judge Kemp

    Defendants. :

## ORDER

Plaintiff Dispatch Printing Company has filed a motion for leave to file under seal an unredacted transcript of Thomas G. Thompson's September 29, 2008 deposition testimony. The motion sets forth good cause and the motion (Doc. 1113) is therefore granted to the extent that the transcript will be sealed for ten days. Any party who wants the transcript to remain sealed shall file a memorandum setting forth its reasons within the ten-day period. If no such memorandum is filed, the Court will unseal the transcript on the eleventh day.

                                            /s/ Terence P. Kemp
                                            United States Magistrate Judge